Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Central District of California**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Applied Powdercoat, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | **Applied Powdercoat Inc.** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 8 – 1 1 9 9 2 3 7 | |
| **4. Debtor's address** | **Principal place of business** <br><br> **Attn Osei Appiagyei** <br> **3101 Camino del Sol** <br> Number    Street <br> **Oxnard, CA 93030** <br> City    State    ZIP Code <br><br> **Ventura** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number    Street <br> _____ <br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number    Street <br> _____ <br> City    State    ZIP Code |
| **5. Debtor's website (URL)** | **www.appliedpowder.com** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Debtor   **Applied Powdercoat, LLC**                                                     Case number *(if known)*
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>**3   3   2   8** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.   District _____   When _____ Case number _____<br>                                    MM / DD / YYYY<br>        District _____   When _____ Case number _____<br>                                    MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.   Debtor _____   Relationship _____<br>        District _____   When _____<br>                                                    MM / DD / YYYY<br>        Case number, if known _____ |

Debtor    **Applied Powdercoat, LLC**                Case number *(if known)* _____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

         Number     Street

_____

_____    ____   ____

     City                                         State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

            Contact name _____

            Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49  ☑ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000
☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor **Applied Powdercoat, LLC**
Name

Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/06/2025**
MM/ DD/ YYYY

X _[signature]_
Signature of authorized representative of debtor

Printed name: **Osei Appiagyei**

Title: **Manager of The Pella Group, LLC, the Manager of Debtor**

**18. Signature of attorney**

X _[signature]_
Signature of attorney for debtor

Date **06/06/2025**
MM/ DD/ YYYY

Printed name: **Derrick Talerico**

Firm name: **Weintraub, Zolkin Talerico & Selth LLP**

**11766 Wilshire Blvd Suite 730**
Number    Street

**Los Angeles**   City
**CA**   State
**90025**   ZIP Code

Contact phone **(424) 500-8552**
Email address **dtalerico@wztslaw.com**

Bar number **223763**
State **CA**

CERTIFICATE OF RESOLUTIONS OF
APPLIED POWDERCOAT, LLC
AUTHORIZING FILING OF BANKRUPTCY PETITION

The undersigned, being the manager and sole member of Applied Powdercoat, LLC, a California limited liability company ("Company"), organized under the laws of the State of California hereby certifies and adopts the following resolution.

RESOLVED that Osei Appiagyei is authorized to execute and cause to be filed a petition under Chapter 11 of the United States Bankruptcy Code on behalf of Applied Powdercoat, LLC.

RESOLVED that the filing of a Chapter 11 case on behalf of Applied Powdercoat, LLC is in the best interests of the limited liability company and its managers, members and creditors.

RESOLVED that Weintraub Zolkin Talerico & Selth LLP is retained to act as general bankruptcy counsel in that proceeding.

RESOLVED that Osei Appiagyei is the party designated to act on behalf of the company in all matters pertaining to the Chapter 11 proceeding including, but not limited to providing direction to counsel, executing documents, and appearing in Court as necessary.

Dated: June 6, 2025                              The Pella Group, LLC, Manager

                                                 By: _____
                                                     Osei Appiagyei
                                                     Title: Manager of The Pella Group, LLC

Fill in this information to identify the case:

Debtor name: **Applied Powdercoat, LLC**

United States Bankruptcy Court for the: **Central District of California**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Axalta Coating Systems LLC<br>PO Box 3490<br>Carol Stream, IL 60132-3490 | (800) 247-3886 | Trade Debt | | | | $16,903.35 |
| 2 | Quattro Business Support Services<br>1850 Parkway Pl<br>Marietta, GA 30067 | | Trade Debt | | | | $15,750.00 |
| 3 | Hagan Capital LLC<br>3101 Camino Del Sol<br>Oxnard, CA 93030 | | Commercial Property Lease | | | | $13,613.00 |
| 4 | Employnet<br>c / o Wells Fargo Bank<br>PO Box 846149<br>Los Angeles, CA 90084-6149 | (866) 527-4473 | Trade Debt | | | | $11,068.88 |
| 5 | Cardinal Paint and Powder<br>PO Box 9296<br>South El Monte, CA 91733-0965 | (626) 444-9274 | Trade Debt | | | | $9,741.28 |
| 6 | So Cal Gas Company<br>PO Box C<br>Monterey Park, CA 91756-5111 | | Utilities | | | | $7,634.01 |
| 7 | So Cal Edison<br>PO Box 600<br>Rosemead, CA 91771-0001 | | Utilities | | | | $6,402.19 |
| 8 | Hanson Lab Solutions LLC<br>747 Calle Plano<br>Camarillo, CA 93012 | (805) 498-3121 | Trade Debt | | | | $5,160.00 |

Debtor **Applied Powdercoat, LLC**
Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Akzo Nobel Powder Coatings Inc<br>62166 Collection Center Dr<br>Chicago, IL 60693-0621 | (216) 641-8585 | Trade Debt | | | | $4,651.00 |
| 10 | US Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | | Trade Debt | | | | $4,368.22 |
| 11 | Donahue Idealease<br>6551 Ventura Blvd<br>Ventura, CA 93003 | | Trade Debt | | | | $4,301.66 |
| 12 | Donahue Truck Center<br>6551 Ventura Blvd<br>Ventura, CA 93003 | | Trade Debt | | | | $3,445.49 |
| 13 | Employers Preferred Insurance Company<br>PO Box 539003<br>Henderson, NV 89053-9003 | | Insurance | | | | $3,243.00 |
| 14 | Coastal View Packaging Inc<br>34700 Pacific Coast Hwy Ste 209<br>Capistrano Beach, CA 92624 | (805) 483-3004 | Trade Debt | | | | $2,842.00 |
| 15 | Tiger Drylac<br>PO Box 62321<br>Baltimore, MD 21264-2321 | (909) 930-9100 | Trade Debt | | | | $2,831.17 |
| 16 | Anthem Blue Cross<br>PO Box 51011<br>Los Angeles, CA 90051-5311 | | Insurance | | | | $2,678.46 |
| 17 | IFS Coatings Inc<br>PO Box 8225<br>Pasadena, CA 91109-8225 | | Trade Debt | | | | $2,134.45 |
| 18 | Ernest Packaging Solutions<br>5777 Smithway St<br>Los Angeles, CA 90040 | (323) 923-3000 | Trade Debt | | | | $2,109.90 |
| 19 | Paychex of New York LLC<br>1535 Scenic Ave Ste 100<br>Costa Mesa, CA 92626 | | Payroll Services | | | | $2,091.17 |
| 20 | Integrity Reps Inc<br>631 S Palm St #J<br>La Habra, CA 90631 | | Trade Debt | | | | $2,039.04 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Fill in this information to identify the case:

Debtor name __**Applied Powdercoat, LLC**__

United States Bankruptcy Court for the:
__**Central District of California**__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**06/06/2025**__    X _/s/_____
MM/ DD/ YYYY    Signature of individual signing on behalf of debtor

**Osei Appiagyei**
Printed name

**Manager of The Pella Group, LLC,
the Manager of Debtor**
Position or relationship to debtor

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Derrick Talerico"** <br> **Bar Number: 223763"** <br> **Weintraub, Zolkin Talerico & Selth LLP"** <br> **11766 Wilshire Blvd Suite 730"** <br> **Los Angeles, CA 90025"** <br> **Phone: (310) 207-1494"** <br> **Email: dtalerico@wztslaw.com** <br><br> ☐ *Debtor(s) appearing without attorney* <br> ☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  NORTHERN DIVISION**

| In re: <br> **Applied Powdercoat, LLC** <br><br><br><br><br><br> Debtor(s). | CASE NO.: <br> CHAPTER: 11 <br><br> **VERIFICATION OF MASTER** <br> **MAILING LIST OF CREDITORS** <br><br> **[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___7___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___06/06/2025___

_(signature)_

Manager of The Pella Group, LLC, the Manager of Debtor

Date: _____

Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                                                                       F 1007-1.MAILING.LIST.VERIFICATION

**Akzo Nobel Powder Coatings Inc**
62166 Collection Center Dr
Chicago, IL 60693-0621

**Amerigas**
PO Box 7155
Pasadena, CA 91109-7155

**Anthem Blue Cross**
PO Box 51011
Los Angeles, CA 90051-5311

**Applied Powdercoat Inc**
Attn Vic Anselmo
324 Cliffhollow Ct
Simi Valley, CA 93065

**ARA Inc**
c / o Wells Fargo Bank NA
PO Box 855917
Minneapolis, MN 55485-5917

**Axalta Coating Systems LLC**
PO Box 3490
Carol Stream, IL 60132-3490

**California Dept of Tax & Fee Admin**
Account Information Grp MIC:29
PO Box 942879
Sacramento, CA 94279-0029

**California Internet LP dba Geolinks**
251 Ranch Rd
Camarillo, CA 93012

**Cardinal Paint and Powder**
PO Box 9296
South El Monte, CA 91733-0965

**Cintas**
PO Box 631025
Cincinnati, OH 45263-1025

**City of Oxnard**
305 W Third St
Oxnard, CA 93030-5790

**Coastal View Packaging Inc**
34700 Pacific Coast Hwy Ste 209
Capistrano Beach, CA 92624

**Connors Landscape**
79 E Daily Dr #170
Camarillo, CA 93010

**Donahue Idealease**
6551 Ventura Blvd
Ventura, CA 93003

**Donahue Truck Center**
6551 Ventura Blvd
Ventura, CA 93003

**Dura Chem Inc**
18327 Pasadena St
Lake Elsinore, CA 92530

**Employers Preferred Insurance Company**
PO Box 539003
Henderson, NV 89053-9003

**Employment Development Dept**
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

**Employnet**
c / o Wells Fargo Bank
PO Box 846149
Los Angeles, CA 90084-6149

**Epstein Beckler & Green PC**
Attn Kevin D Sullivan
1925 Century Park East Ste 500
Los Angeles, CA 90067

**Ernest Packaging Solutions**
5777 Smithway St
Los Angeles, CA 90040

**Evolution Lift**
16190 Mountain Lilac Trail
Frazier Park, CA 93225

**Expert Staffing West**
Attn Edward Bright CEO
2291 N Patterson Rd Ste 3
Oxnard, CA 93036

**Fame Systems Inc**
301 Hearst Dr
Oxnard, CA 93030

**First Bank of the Lake**
Attn CEO
4558 Osage Beach Pkwy #100
Osage Beach, MO 65065

**First Insurance**
450 Skokie Blvd Ste 1000
Northbrook, IL 60062-7917

**Franchise Tax Board**
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

**Grainger Inc**
Dept 817792096
Palatine, IL 60038-0001

**Hagan Capital LLC**
3101 Camino Del Sol
Oxnard, CA 93030

**Hanson Lab Solutions LLC**
747 Calle Plano
Camarillo, CA 93012

**IFS Coatings Inc**
PO Box 8225
Pasadena, CA 91109-8225

**Infinity Insurance Companies**
Kemper Auto Insurance
PO Box 71076
Charlotte, NC 28272-1076

**Integrity Reps Inc**
631 S Palm St #J
La Habra, CA 90631

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**Klingspor Abrasives Inc**
PO Box 2367
Hickory, NC 28603-2367

**Law Offices of Allan D Sarver**
Attn Allan D Sarver
16000 Ventura Blvd Ste 1000
Encino, CA 91436

**Mac Valley Oil Co**
100 N Del Norte Blvd
Oxnard, CA 93030

**Miller Nash LLP**
Attn Bernard J Kornberg
340 Golden Shore Ste 450
Long Beach, CA 90802-4229

**Orkin**
PO Box 740300
Cincinnati, OH 45274

**Paychex of New York LLC**
1535 Scenic Ave Ste 100
Costa Mesa, CA 92626

**Protech Chemicals Ltd**
PO Box 33212
Detroit, MI 48232

**Prudential Overall Supply**
PO Box 11210
Santa Ana, CA 92711-1210

**Pulse One Communications LLC**
PO Box 21351
Santa Barbara, CA 93121

**Quattro Business Support Services**
1850 Parkway Pl
Marietta, GA 30067

**Sherwin Williams**
13620 Rosecrans Ave
Santa Fe Springs, CA 90670-5025

**SL Fusco Inc**
File 2350
1801 W Olympic Blvd
Pasadena, CA 91199-2350

**So Cal Edison**
PO Box 600
Rosemead, CA 91771-0001

**So Cal Gas Company**
PO Box C
Monterey Park, CA 91756-5111

**Stites & Harbison PLLC**
Attn Amy Baker
303 Peachtree St NE Ste 2800
Atlanta, GA 30308

**The Hartford**
PO Box 660916
Dallas, TX 75266-0916

**Tiger Drylac**
PO Box 62321
Baltimore, MD 21264-2321

**T-Mobile**
Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410

**UPS Supply Chain Solutions Inc**
28013 Network Pl
Chicago, IL 60673-1280

**US Bank**
PO Box 790408
Saint Louis, MO 63179-0408

**Wells Fargo Vendor Financial**
PO Box 030310
Los Angeles, CA 90030

**West Coast Air Conditioning**
561-A Kinetic Dr
Oxnard, CA 93030