Fill in this information to identify the case:

Debtor name **Applied Powdercoat, LLC**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): **9:25-bk-10762-RC**    Chapter __11__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................... | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ | **$1,968,027.44** |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................. | **$1,968,027.44** |

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$1,857,396.59** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... | **$21,982.00** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... | **+** **$378,107.06** |

4. **Total liabilities**................................................................................................................................ | **$2,257,485.65** |
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor Name  **Applied Powdercoat, LLC**

United States Bankruptcy Court for the:   **Central**   District of   **California**
                                                                    (State)

Case number (If known):   **9:25-bk-10762-RC**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **JPMorgan Chase Bank** | **Checking account** | **9 1 3 5** | **$9,384.80** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**                                                           **$9,384.80**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **Part 2:** | **Deposits and prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 **SpEx Asia Pte. Ltd.**                                                    **$4,755.00**

Debtor    **Applied Powdercoat, LLC**
_____    Case number *(if known)*  **9:25-bk-10762-RC**
Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  **Franchise Tax Board** _____    **$7,778.69**

9.  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    **$12,533.69**

| Part 3: | **Accounts receivable** |
| --- | --- |

10.  **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |

11.  **Accounts receivable**

| 11a. 90 days old or less: | **$143,200.36** | - | **$0.00** | =.....➡ | **$143,200.36** |
| --- | --- | --- | --- | --- | --- |
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | _____ | - | _____ | =.....➡ | _____ |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12.  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    **$143,200.36**

| Part 4: | **Investments** |
| --- | --- |

13.  **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | _____ | _____ | _____ |
| --- | --- | --- | --- |
| 14.2 | _____ | _____ | _____ |

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                            % of ownership:

| 15.1. | _____ | _____ | _____ |
| --- | --- | --- | --- |
| 15.2. | _____ | _____ | _____ |

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | _____ | _____ | _____ |
| --- | --- | --- | --- |

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page **2**

| Debtor | **Applied Powdercoat, LLC** | | Case number (if known) 9:25-bk-10762-RC |
|---|---|---|---|
| | Name | | |

16.2

**17.** **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20.** **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22.** **Other inventory or supplies** | | | | |
| Powder supplies | 05/30/2025 MM / DD / YYYY | $46,528.34 | Cost | $46,528.34 |

**23.** **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                        $46,528.34

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor    **Applied Powdercoat, LLC**
_____
Name

Case number *(if known)*  **9:25-bk-10762-RC**
_____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　☐ No

　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor   **Applied Powdercoat, LLC**                                    Case number *(if known)*  **9:25-bk-10762-RC**
         Name

| | | |
|---|---|---|
| **Desks, chairs, computers, printers** | $43,934.00 | $10,000.00 |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

      42.1

      42.2

      42.3

43.   **Total of Part 7**

      Add lines 39 through 42. Copy the total to line 86.                                      | $10,000.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

      ☐ No
      ☑ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

      ☑ No
      ☐ Yes

---

**Part 8:**   **Machinery, equipment, and vehicles**

46.   **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No. Go to Part 9.
      ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2014 Freightliner /** Flatbed Truck | $80,410.34 | | $66,000.00 |
| 47.2 **2021 Hino L6 /** VIN: 5PVNJ8AV4M5T50400 28' Stakebed Truck<br>(Leased) | $71,364.85 | | unknown |
| 48.   **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |

---

Debtor    **Applied Powdercoat, LLC**
_____    Case number *(if known)*  9:25-bk-10762-RC
Name

---

49. **Aircraft and accessories**

49.1 _____    _____    _____    _____

49.2 _____    _____    _____    _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **Toyota / VIN: 8FGU32 Forklift** | **$23,215.00** | **$23,215.00** |
| **Industrial powder coating equipment, curing ovens, compressors, spray booths, ventilation and filtration systems** | **$1,348,138.00** | **$500,000.00** |
| **Toyota 8FGU25 / Forklift** | **$18,355.00** | **$18,355.00** |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.    | **$607,570.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Commercial Property Lease / 3101**<br>**Camino Del Sol Oxnard, CA 93030** | **Lease** | **unknown** | | **unknown** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

Debtor    **Applied Powdercoat, LLC**                            Case number *(if known)*  **9:25-bk-10762-RC**
   _____
   Name

---

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61.  Internet domain names and websites** | | | |
| www.appliedpowder.com | unknown | | unknown |
| **62.  Licenses, franchises, and royalties** | | | |
| | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| Customer lists | unknown | | unknown |
| **64.  Other intangibles, or intellectual property** | | | |
| | | | |
| **65.  Goodwill** | | | |
| Amount paid above asset value | $1,138,810.25 | | $1,138,810.25 |

**66.  Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| $1,138,810.25 |
|---|

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor    **Applied Powdercoat, LLC**                                      Case number *(if known)* 9:25-bk-10762-RC
_____                                      _____
          Name

71.  **Notes receivable**

     Description (include name of obligor)

     _____    _____  –  _____  = →        _____
                                     Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     _____    Tax year _____        _____

     _____    Tax year _____        _____

     _____    Tax year _____        _____

73.  **Interests in insurance policies or annuities**

     _____                                 _____

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

     _____                                 _____

     **Nature of claim**        _____

     **Amount requested**       _____

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

     _____                                 _____

     **Nature of claim**        _____

     **Amount requested**       _____

76.  **Trusts, equitable or future interests in property**

     _____                                 _____

77.  **Other property of any kind not already listed** *Examples:* Season
     tickets, country club membership

     _____                                 _____

     _____                                 _____

78.  **Total of Part 11**                                                      ┌──────────────┐
                                                                               │              │
     Add lines 71 through 77. Copy the total to line 90.                       └──────────────┘

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

Debtor   **Applied Powdercoat, LLC**
_____
Name

Case number *(if known)*   **9:25-bk-10762-RC**
_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $9,384.80 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,533.69 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $143,200.36 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $46,528.34 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $607,570.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................... ➜ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,138,810.25 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column.*...........................91a. | $1,968,027.44 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................. | | $1,968,027.44 |

Fill in this information to identify the case:

Debtor name **Applied Powdercoat, LLC**

United States Bankruptcy Court for the: **Central** District of **California**
(State)

Case number (if known): **9:25-bk-10762-RC**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| **Applied Powdercoat Inc** | Desks, chairs, computers, printers, Industrial powder coating equipment, curing ovens, compressors, spray booths, ventilation and filtration systems, Toyota, Toyota 8FGU25, 2014 Freightliner, 2021 Hino L6 | $99,651.00 | $617,570.00 |
| **Creditor's mailing address** | | | |
| **Attn Vic Anselmo** | **Describe the lien** | | |
| **324 Cliffhollow Ct** | **UCC Financing Statement** | | |
| **Simi Valley, CA 93065** | | | |
| | **Is the creditor an insider or related party?** | | |
| **Creditor's email address, if known** | ☑ No | | |
| | ☐ Yes | | |
| **Date debt was incurred** 8/5/2022 | **Is anyone else liable on this claim?** | | |
| **Last 4 digits of account number** — — — — | ☑ No | | |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| ☐ No | Check all that apply. | | |
| ☑ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| **See continuation page.** | ☐ Disputed | | |

**Remarks:** Purchase Agreement and Seller Note

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                                                                    $1,857,396.59

Debtor    **Applied Powdercoat, LLC**

Name

Case number (if known) **9:25-bk-10762-RC**

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** Creditor's name

**Donahue Truck Center**

Creditor's mailing address

**6551 Ventura Blvd**

**Ventura, CA 93003**

Creditor's email address, if known

_____

Date debt was incurred     **08/05/2022**

Last 4 digits of account
number     ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes. Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

_____

_____

☑ Yes. The relative priority of creditors
is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**

2021 Hino L6

**Describe the lien**

**Truck Lease**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  |  |
|---|---|
| $3,445.49 | unknown |

**Remarks:** Vehicle Lease and Service Agreement for 2021 Hino L6 - 28' Stakebed Truck

---

| Debtor | **Applied Powdercoat, LLC** | | Case number (if known) **9:25-bk-10762-RC** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | | **Column A** | **Column B** |
|---|---|---|---|---|---|

|  | | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3**  **Creditor's name**

**Expert Staffing West**

**Creditor's mailing address**

**Attn Edward Bright CEO**

**2291 N Patterson Rd Ste 3**

**Oxnard, CA 93036**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **12/18/2024**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | **$277,411.81** | **unknown** |
|---|---|---|

**Remarks:** In re Expert Staffing West v Applied Powdercoat LLC; Case No. 2024CUBC021716

| Debtor | **Applied Powdercoat, LLC** | Case number (if known) **9:25-bk-10762-RC** |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4**

**Creditor's name**

**First Bank of the Lake**

**Creditor's mailing address**

**Attn CEO**

**4558 Osage Beach Pkwy #100**

**Osage Beach, MO 65065**

**Creditor's email address, if known**

Date debt was incurred      **12/21/2022**

Last 4 digits of account number      **6  6  7  0**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    <u>For Desks, chairs, computers, printers:</u> **1) First Bank of the Lake**; 2) Applied Powdercoat Inc; <u>For 2014 Freightliner:</u> **1) First Bank of the Lake**; 2) Applied Powdercoat Inc; <u>For Toyota:</u> **1) First Bank of the Lake**; 2) Applied Powdercoat Inc; <u>For Toyota 8FGU25:</u> **1) First Bank of the Lake**; 2) Applied Powdercoat Inc; <u>For Industrial powder coating equipment, curing ovens, compressors, spray booths, ventilation and filtration systems:</u> **1) First Bank of the Lake**; 2) Applied Powdercoat Inc

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

<u>Accounts Receivable, Amount paid above asset value, Desks, chairs, computers, printers, 2014 Freightliner, Toyota, Toyota 8FGU25, Industrial powder coating equipment, curing ovens, compressors, spray booths, ventilation and filtration systems, JPMorgan Chase Bank, Powder supplies</u>

**Describe the lien**

**Blanket Lien against All of Debtor's Personal Property**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $1,209,372.16 | $1,955,493.75 |

| Debtor | **Applied Powdercoat, LLC** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | **9:25-bk-10762-RC** |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.5** Creditor's name

**First Bank of the Lake**

Describe debtor's property that is subject to a lien

$267,516.13    unknown

Creditor's mailing address

**Attn CEO**

**4558 Osage Beach Pkwy #100**

**Osage Beach, MO 65065**

Describe the lien

**Line of Credit Agreement**

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred    _____

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Applied Powdercoat, LLC**
Name

Case number (if known)    **9:25-bk-10762-RC**

| Part 1: | Additional Page |
|---|---|

| 2.1 | Creditor's name | Specify each creditor, including this creditor, and its relative priority. |
|---|---|---|
| | **Applied Powdercoat Inc** | For Desks, chairs, computers, printers: 1) First Bank of the Lake; **2) Applied Powdercoat Inc**; For Industrial powder coating equipment, curing ovens, compressors, spray booths, ventilation and filtration systems: 1) First Bank of the Lake; **2) Applied Powdercoat Inc**; For Toyota: 1) First Bank of the Lake; **2) Applied Powdercoat Inc**; For Toyota 8FGU25: 1) First Bank of the Lake; **2) Applied Powdercoat Inc**; For 2014 Freightliner: 1) First Bank of the Lake; **2) Applied Powdercoat Inc**; For 2021 Hino L6: 1) Donahue Truck Center; **2) Applied Powdercoat Inc** |

Debtor    **Applied Powdercoat, LLC**
_____
Name

Case number (if known) **9:25-bk-10762-RC**
_____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Law Offices of Allan D Sarver**<br>**Attn Allan D Sarver**<br>**16000 Ventura Blvd Ste 1000**<br>**Encino, CA 91436** | Line 2. **3** | __ __ __ __ |
| **ARA Inc**<br>**c / o Wells Fargo Bank NA**<br>**PO Box 855917**<br>**Minneapolis, MN 55485-5917** | Line 2. **3** | __ __ __ __ |
| **Epstein Beckler & Green PC**<br>**Attn Kevin D Sullivan**<br>**1925 Century Park East Ste 500**<br>**Los Angeles, CA 90067** | Line 2. **3** | __ __ __ __ |
| **Miller Nash LLP**<br>**Attn Bernard J Kornberg**<br>**340 Golden Shore Ste 450**<br>**Long Beach, CA 90802-4229** | Line 2. **4** | __ __ __ __ |
| **Stites & Harbison PLLC**<br>**Attn Amy Baker**<br>**303 Peachtree St NE Ste 2800**<br>**Atlanta, GA 30308** | Line 2. **4** | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Debtor    **Applied Powdercoat, LLC**
　　　　　Name

Case number (if known) **9:25-bk-10762-RC**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. __ | __ __ __ __ |
| _____<br>_____<br>_____ | Line 2. __ | __ __ __ __ |

Form 206D                    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Applied Powdercoat, LLC** |
| United States Bankruptcy Court for the: | **Central District of California** |
| Case number (if known): | **9:25-bk-10762-RC** |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors** who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**California Dept of Tax & Fee Admin**

**Account Information Grp MIC:29**

**PO Box 942879**

**Sacramento, CA 94279-0029**

Date or dates debt was incurred

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

**2.2** Priority creditor's name and mailing address

**Employment Development Dept**

**Bankruptcy Group MIC 92E**

**PO Box 826880**

**Sacramento, CA 94280-0001**

Date or dates debt was incurred

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$13,016.00**    Priority amount: **$13,016.00**

| Debtor | **Applied Powdercoat, LLC** | | Case number *(if known)* | **9:25-bk-10762-RC** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 1:** | **Additional Page** |
|---|---|

| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,966.00 | $8,966.00 |

**Franchise Tax Board**

**Bankruptcy Section MS A-340**

**PO Box 2952**

**Sacramento, CA 95812-2952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the Claim:**

_____

Last 4 digits of account

number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

---

| **2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the Claim:**

_____

Last 4 digits of account

number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

| Debtor | **Applied Powdercoat, LLC** | Case number *(if known)* | **9:25-bk-10762-RC** |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Akzo Nobel Powder Coatings Inc**

**62166 Collection Center Dr**

**Chicago, IL 60693-0621**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,651.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Amerigas**

**PO Box 7155**

**Pasadena, CA 91109-7155**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,380.40**

---

**3.3** Nonpriority creditor's name and mailing address

**Anthem Blue Cross**

**PO Box 51011**

**Los Angeles, CA 90051-5311**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,678.46**

---

**3.4** Nonpriority creditor's name and mailing address

**Axalta Coating Systems LLC**

**PO Box 3490**

**Carol Stream, IL 60132-3490**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,903.35**

| Debtor | **Applied Powdercoat, LLC** | Case number *(if known)* | **9:25-bk-10762-RC** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.5** Nonpriority creditor's name and mailing address

**California Internet LP dba Geolinks**

**251 Ranch Rd**

**Camarillo, CA 93012**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,198.00

---

**3.6** Nonpriority creditor's name and mailing address

**Cardinal Paint and Powder**

**PO Box 9296**

**South El Monte, CA 91733-0965**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$9,741.28

---

**3.7** Nonpriority creditor's name and mailing address

**Cintas**

**PO Box 631025**

**Cincinnati, OH 45263-1025**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$169.83

---

**3.8** Nonpriority creditor's name and mailing address

**City of Oxnard**

**305 W Third St**

**Oxnard, CA 93030-5790**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,964.49

| Debtor | **Applied Powdercoat, LLC** | Case number *(if known)* | **9:25-bk-10762-RC** |
|---|---|---|---|
| | Name | | |

**Part 2:**  **Additional Page**

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,842.00 |
|---|---|---|---|

**Coastal View Packaging Inc**

**34700 Pacific Coast Hwy Ste 209**

**Capistrano Beach, CA 92624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $365.00 |
|---|---|---|---|

**Connors Landscape**

**79 E Daily Dr #170**

**Camarillo, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,301.66 |
|---|---|---|---|

**Donahue Idealease**

**6551 Ventura Blvd**

**Ventura, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,445.49 |
|---|---|---|---|

**Donahue Truck Center**

**6551 Ventura Blvd**

**Ventura, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Applied Powdercoat, LLC** | | Case number *(if known)* | **9:25-bk-10762-RC** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.13** | Nonpriority creditor's name and mailing address

**Dura Chem Inc**

**18327 Pasadena St**

**Lake Elsinore, CA 92530**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,296.14

---

**3.14** | Nonpriority creditor's name and mailing address

**Employers Preferred Insurance Company**

**PO Box 539003**

**Henderson, NV 89053-9003**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,243.00

---

**3.15** | Nonpriority creditor's name and mailing address

**Employnet**

**c / o Wells Fargo Bank**

**PO Box 846149**

**Los Angeles, CA 90084-6149**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11,068.88

---

**3.16** | Nonpriority creditor's name and mailing address

**Ernest Packaging Solutions**

**5777 Smithway St**

**Los Angeles, CA 90040**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,109.90

---

| Debtor | **Applied Powdercoat, LLC** | Case number *(if known)* | **9:25-bk-10762-RC** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,723.86 |
|---|---|---|---|

**Evolution Lift**

**16190 Mountain Lilac Trail**

**Frazier Park, CA 93225**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,650.00 |
|---|---|---|---|

**Fame Systems Inc**

**301 Hearst Dr**

**Oxnard, CA 93030**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,304.92 |
|---|---|---|---|

**First Insurance**

**450 Skokie Blvd Ste 1000**

**Northbrook, IL 60062-7917**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Insurance**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,625.78 |
|---|---|---|---|

**Grainger Inc**

**Dept 817792096**

**Palatine, IL 60038-0001**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Applied Powdercoat, LLC** | | Case number *(if known)* | **9:25-bk-10762-RC** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $244,847.00 |
|---|---|---|---|
| | **Hagan Capital LLC** | ☐ Contingent | |
| | **Attn Corporation Service Co - Agent** | ☑ Unliquidated | |
| | **2710 Gateway Oaks Dr** | ☐ Disputed | |
| | **Sacramento, CA 95833** | **Commercial Property** | |
| | | Basis for the claim: **Lease** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,160.00 |
|---|---|---|---|
| | **Hanson Lab Solutions LLC** | ☐ Contingent | |
| | **747 Calle Plano** | ☐ Unliquidated | |
| | **Camarillo, CA 93012** | ☐ Disputed | |
| | | Basis for the claim: **Trade Debt** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,134.45 |
|---|---|---|---|
| | **IFS Coatings Inc** | ☐ Contingent | |
| | **PO Box 8225** | ☐ Unliquidated | |
| | **Pasadena, CA 91109-8225** | ☐ Disputed | |
| | | Basis for the claim: **Trade Debt** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $655.35 |
|---|---|---|---|
| | **Infinity Insurance Companies** | ☐ Contingent | |
| | **Kemper Auto Insurance** | ☐ Unliquidated | |
| | **PO Box 71076** | ☐ Disputed | |
| | **Charlotte, NC 28272-1076** | Basis for the claim: **Insurance** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| Debtor | **Applied Powdercoat, LLC** | Case number *(if known)* | **9:25-bk-10762-RC** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.25** | Nonpriority creditor's name and mailing address

**Integrity Reps Inc**

**631 S Palm St #J**

**La Habra, CA 90631**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,039.04

---

**3.26** | Nonpriority creditor's name and mailing address

**Klingspor Abrasives Inc**

**PO Box 2367**

**Hickory, NC 28603-2367**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$268.91

---

**3.27** | Nonpriority creditor's name and mailing address

**Mac Valley Oil Co**

**100 N Del Norte Blvd**

**Oxnard, CA 93030**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,704.25

---

**3.28** | Nonpriority creditor's name and mailing address

**Orkin**

**PO Box 740300**

**Cincinnati, OH 45274**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$200.99

| Debtor | **Applied Powdercoat, LLC** | Case number *(if known)* | **9:25-bk-10762-RC** |
| | Name | | |

---

<table>
<tr><td colspan="3">

**Part 2:**    Additional Page

</td></tr>
<tr>
<td>

**3.29**

</td>
<td>

Nonpriority creditor's name and mailing address

**Paychex of New York LLC**

**1535 Scenic Ave Ste 100**

**Costa Mesa, CA 92626**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

</td>
<td>

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll Services**

Is the claim subject to offset?
☑ No
☐ Yes

</td>
<td>

$2,091.17

</td>
</tr>
<tr>
<td>

**3.30**

</td>
<td>

Nonpriority creditor's name and mailing address

**Protech Chemicals Ltd**

**PO Box 33212**

**Detroit, MI 48232**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

</td>
<td>

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

</td>
<td>

$407.75

</td>
</tr>
<tr>
<td>

**3.31**

</td>
<td>

Nonpriority creditor's name and mailing address

**Prudential Overall Supply**

**PO Box 11210**

**Santa Ana, CA 92711-1210**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

</td>
<td>

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

</td>
<td>

$516.74

</td>
</tr>
<tr>
<td>

**3.32**

</td>
<td>

Nonpriority creditor's name and mailing address

**Pulse One Communications LLC**

**PO Box 21351**

**Santa Barbara, CA 93121**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

</td>
<td>

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

</td>
<td>

$1,967.71

</td>
</tr>
</table>

| Debtor | **Applied Powdercoat, LLC** | Case number *(if known)* | **9:25-bk-10762-RC** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white">**Part 2:**</div> **Additional Page**

---

**3.33** | Nonpriority creditor's name and mailing address

**Quattro Business Support Services**

**1850 Parkway Pl**

**Marietta, GA 30067**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$15,750.00

---

**3.34** | Nonpriority creditor's name and mailing address

**Sherwin Williams**

**13620 Rosecrans Ave**

**Santa Fe Springs, CA 90670-5025**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$663.37

---

**3.35** | Nonpriority creditor's name and mailing address

**SL Fusco Inc**

**File 2350**

**1801 W Olympic Blvd**

**Pasadena, CA 91199-2350**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,753.46

---

**3.36** | Nonpriority creditor's name and mailing address

**So Cal Edison**

**PO Box 600**

**Rosemead, CA 91771-0001**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

$6,402.19

---

| Debtor | **Applied Powdercoat, LLC** | Case number *(if known)* | **9:25-bk-10762-RC** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white;display:inline">**Part 2:**</div> **Additional Page**

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,634.01 |
|---|---|---|---|

**3.37**

Nonpriority creditor's name and mailing address

**So Cal Gas Company**

**PO Box C**

**Monterey Park, CA 91756-5111**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

$7,634.01

---

**3.38**

Nonpriority creditor's name and mailing address

**SpEx Asia Pte Ltd**

**#15-01 Bugis Junction Towers**

**230 Victoria St**

**SINGAPORE 188024,**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,047.50

---

**3.39**

Nonpriority creditor's name and mailing address

**The Hartford**

**PO Box 660916**

**Dallas, TX 75266-0916**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

$1,175.43

---

**3.40**

Nonpriority creditor's name and mailing address

**Tiger Drylac**

**PO Box 62321**

**Baltimore, MD 21264-2321**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,831.17

---

| Debtor | **Applied Powdercoat, LLC** | Case number *(if known)* | **9:25-bk-10762-RC** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3" style="background:black;color:white"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $262.16

**T-Mobile**

**Bankruptcy Team**

**PO Box 53410**

**Bellevue, WA 98015-3410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.50

**UPS Supply Chain Solutions Inc**

**28013 Network Pl**

**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,368.22

**US Bank**

**PO Box 790408**

**Saint Louis, MO 63179-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239.25

**Wells Fargo Vendor Financial**

**PO Box 030310**

**Los Angeles, CA 90030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Applied Powdercoat, LLC** | Case number *(if known)* | **9:25-bk-10762-RC** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> **Additional Page**

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 |
|---|---|---|---|

**West Coast Air Conditioning**

**561-A Kinetic Dr**

**Oxnard, CA 93030**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Basis for the claim:** **Trade Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | Applied Powdercoat, LLC | Case number *(if known)* | 9:25-bk-10762-RC |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Nevers Palazzo Packard et al** <br> **Attn Leo D Mackay** <br> **31248 Oak Crest Dr Ste 200** <br> **Westlake Village, CA 91361** | Line **3.21** <br><br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | **Applied Powdercoat, LLC** | Case number *(if known)* | **9:25-bk-10762-RC** |
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 4:</strong></td><td colspan="2"><strong>Total Amounts of the Priority and Nonpriority Unsecured Claims</strong></td></tr>
</table>

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$21,982.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$378,107.06** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$400,089.06** |

Fill in this information to identify the case:

Debtor name __**Applied Powdercoat, LLC**_____

United States Bankruptcy Court for the: __**Central**__ District of __**California**__
                                                                                (State)
Case number (If known): __**9:25-bk-10762-RC**__  Chapter __**11**__

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest — **Vehicle Lease and Service Agreement for 2021 Hino L6 - 28' Stakebed Truck** | **Donahue Truck Center** <br> **6551 Ventura Blvd** <br> **Ventura, CA 93003** |
| State the term remaining — **Renews annually** <br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest — **Commercial lease for building located at 3101 Camino del Sol, Oxnard, CA 93030** | **Hagan Capital LLC** <br> **Attn Corporation Service Co - Agent** <br> **2710 Gateway Oaks Dr** <br> **Sacramento, CA 95833** |
| State the term remaining — **84 months** <br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest — **Agreement for bookkeeping services** | **Quattro Business Support Services** <br> **1850 Parkway Pl** <br> **Marietta, GA 30067** |
| State the term remaining — **Month to month** <br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest — **Telemarketing services agreement** | **SpEx Asia Pte Ltd** <br> **#15-01 Bugis Junction Towers** <br> **230 Victoria St** <br> **SINGAPORE 188024,** |
| State the term remaining — **Month to mont** <br> List the contract number of any government contract | |

Debtor    **Applied Powdercoat, LLC**
Name                                                                    Case number (if known)  **9:25-bk-10762-RC**

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

Fill in this information to identify the case:

Debtor name __**Applied Powdercoat, LLC**__

United States Bankruptcy Court for the: __**Central**__  District of  __**California**__
(State)

Case number (If known): __**9:25-bk-10762-RC**__

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor in Column 2.

| | *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.1 | **Osei Appiagyei** | **1345 W 166th St** <br> Street <br><br> **Gardena, CA 90247** <br> City    State    ZIP Code | **First Bank of the Lake** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | **The Pella Group LLC** | **1345 W 166th St** <br> Street <br> **Attn Osei Appiagyei** <br> **Gardena, CA 90247** <br> City    State    ZIP Code | **First Bank of the Lake** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    **Applied Powdercoat, LLC**
Name

Case number (if known) **9:25-bk-10762-RC**

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

Official Form 206H

**Schedule H: Codebtors**

Fill in this information to identify the case:

Debtor name **Applied Powdercoat, LLC**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): **9:25-bk-10762-RC**

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/20/2025**    X _____
             MM/ DD/ YYYY          Signature of individual signing on behalf of debtor

**Osei Appiagyei**
Printed name

**Manager of The Pella Group, LLC, the Manager of Debtor**
Position or relationship to debtor