**Fill in this information to identify the case:**

Debtor Name    APPLIED POWDERCOAT LLC

United States Bankruptcy Court for the: Central District of California

Case number:   9:25-bk-10762-RC

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:    June 2025

Line of business: Powdercoating

Date report filed:   08/11/2025
MM / DD / YYYY

NAISC code:   3328

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:    Applied Powdercoat LLC

Original signature of responsible party

Printed name of responsible party    Osei Appiagyei, Manager of The Pella

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | APPLIED POWDERCOAT LLC | Case number | 9:25-bk-10762-RC |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 9384.80

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 111449.28

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 97030.90

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 25964.16

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 35348.96

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ 3978.74

    *(Exhibit E)*

Debtor Name  APPLIED POWDERCOAT LLC                           Case number  9:25-bk-10762-RC

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                              $ ___164673.38___

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    17

27. What is the number of employees as of the date of this monthly report?       16

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ ___0___

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ___0___

30. How much have you paid this month in other professional fees?                               $ ___0___

31. How much have you paid in total other professional fees since filing the case?              $ ___0___

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ ___0___ | − | $ 145732.83 | = | $ 145732.83 |
| 33. **Cash disbursements** | $ ___0___ | − | $ 147913.91 | = | $ 147913.91 |
| 34. **Net cash flow** | $ ___0___ | − | $ -2181.80 | = | $ -2181.80 |

35. Total projected cash receipts for the next month:                   $ ___150000___

36. Total projected cash disbursements for the next month:            - $ ___165916.57___

37. Total projected net cash flow for the next month:                 = $ ___-15916.57___

Debtor Name  APPLIED POWDERCOAT LLC                         Case number  9:25-bk-10762-RC

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☑ 39.  Bank reconciliation reports for each account.

- ☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41.  Budget, projection, or forecast reports.

- ☐ 42.  Project, job costing, or work-in-progress reports.

**APPLIED POWDERCOAT LLC**          **EXHIBIT C - RECEIPTS**                                                                 **9:25-bk-10762-RC**

| Details | Posting Date | Source | Amount | Type |
|---|---|---|---|---|
| CREDIT | 6/18/25 | BOOK TRANSFER CREDIT B/O: APPLIED POWDERCOAT, LLC OXNARD CA 93030-8999 US TRN: 3321055169ES | $ 9,384.80 | WIRE_INCOMING |
| CREDIT | 6/20/25 | ORIG CO NAME:Company of Motio    ORIG ID:2204895317 DESC DATE:    CO ENTRY DESCR:ACCTVERIFYSEC:CCD  TRACE#:021000023288723 EED:250620  IND ID:015MLSQNEYJEPH0    IND NAME:Applied Powdercoat, LL TRN: 1713288723TC | $ 0.01 | ACH_CREDIT |
| DSLIP | 6/20/25 | DEPOSIT ID NUMBER 707073 | $ 10,729.60 | DEPOSIT |
| DSLIP | 6/20/25 | DEPOSIT ID NUMBER 667327 | $ 44,883.91 | DEPOSIT |
| CREDIT | 6/20/25 | BOOK TRANSFER CREDIT B/O: APPLIED POWDERCOAT, LLC OXNARD CA 93030-8999 US TRN: 3514695171ES | $ 416.76 | WIRE_INCOMING |
| CREDIT | 6/23/25 | BOOK TRANSFER CREDIT B/O: APPLIED POWDERCOAT, LLC OXNARD CA 93030-8999 US TRN: 3515505171ES | $ 416.76 | WIRE_INCOMING |
| CREDIT | 6/26/25 | ORIG CO NAME:DAVID ENGINEERIN    ORIG ID:1412127327 DESC DATE:250626 CO ENTRY DESCR:ACH 5482 SEC:CCD  TRACE#:322285782023598 EED:250626  IND ID: IND NAME:APPLIED POWDERCOAT LLC 8000215482 TRN: 1762023598TC | $ 2,445.00 | ACH_CREDIT |
| DSLIP | 6/26/25 | DEPOSIT ID NUMBER 707075 | $ 14,217.50 | DEPOSIT |
| DSLIP | 6/27/25 | DEPOSIT ID NUMBER 707076 | $ 16,444.73 | DEPOSIT |

**TOTAL RECEIPTS - Acct 7863 - JUNE 2025 $    98,939.07**

**Exhibit C - Receipts (continued)**

| Details | Posting Date | Description | Amount |
|---|---|---|---|
| Credit | 6/9/25 | Orig CO Name:Magnuson Product  Orig ID:9200502235 Desc Date:250609 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000028108424 Eed:250609 Ind ID:11175613143 Ind Name:Applied Powder Coat  194466, 194503, 194505 Trn: 1578108424Tc | 1,621.50 |
| Credit | 6/9/25 | Orig CO Name:Merchant Bankcd  Orig ID:G592126793 Desc Date:250606 CO Entry Descr:Deposit Sec:CCD Trace#:091000017374604 Eed:250609 Ind ID:496519668883  Ind Name:Applied Powdercoat LLC Ppi Bankcard Dep Trn: 1607374604Tc | 566.50 |
| Credit | 6/10/25 | Online Transfer From Chk …6628 Transaction#: 25083406018 | 450.00 |
| Credit | 6/10/25 | Online Transfer From Chk …6628 Transaction#: 25083225849 | 50.00 |
| Credit | 6/10/25 | Online Transfer From Chk …6628 Transaction#: 25083591358 | 50.00 |
| Credit | 6/12/25 | Orig CO Name:Merchant Bankcd  Orig ID:G592126793 Desc Date:250611 CO Entry Descr:Deposit Sec:CCD Trace#:091000011664686 Eed:250612 Ind ID:496519668883  Ind Name:Applied Powdercoat LLC Ppi Bankcard Dep Trn: 1631664686Tc | 562.64 |
| Credit | 6/16/25 | Orig CO Name:Anderson 2223  Orig ID:1770106803 Desc Date:  CO Entry Descr:Inv Pmt Sec:PPD Trace#:111000027542695 Eed:250616 Ind ID:682  Ind Name:Applied Powdercoat, Ll Trn: 1647542695Tc | 300.00 |
| Credit | 6/17/25 | Orig CO Name:Magnuson Product  Orig ID:9200502235 Desc Date:250617 CO Entry Descr:ACH Pmt Sec:CCD Trace#:021000025132305 Eed:250617 Ind ID:11176650024  Ind Name:Applied Powder Coat  194521/522/529/531/601/631/630/629/ 684/683/686/685/724 Trn: 1675132305Tc | 7,701.25 |
| Credit | 6/18/25 | Orig CO Name:Merchant Bankcd  Orig ID:G592126793 Desc Date:250617 CO Entry Descr:Deposit Sec:CCD Trace#:091000019099719 Eed:250618 Ind ID:496519668883  Ind Name:Applied Powdercoat LLC Ppi Bankcard Dep Trn: 1699099719Tc | 791.56 |
| Credit | 6/20/25 | Orig CO Name:Merchant Bankcd  Orig ID:G592126793 Desc Date:250618 CO Entry Descr:Deposit Sec:CCD Trace#:091000012041347 Eed:250620 Ind ID:496519668883  Ind Name:Applied Powdercoat LLC Ppi Bankcard Dep Trn: 1712041347Tc | 416.76 |

**TOTAL RECEIPTS - Acct 9135 - JUNE 2025     12,510.21**

APPLIED POWDERCOAT LLC          EXHIBIT D - DISBURSEMENTS                                    9:25-BK-10762-RC

| Details | Posting Date | Payee | Purpose | Amount | Type |
|---|---|---|---|---|---|
| DEBIT | 6/20/25 | Online ACH Payment 11177332849 To ErnestPackaging (_#####5464) | Packaging Supplies | $ (2,109.90) | ACH_PAYMENT |
| DEBIT | 6/20/25 | Online ACH Payment 11177332799 To CoastalViewPackaging (_######0598) | Packaging Supplies | $ (2,842.00) | ACH_PAYMENT |
| DEBIT | 6/20/25 | Online ACH Payment 11177332647 To HansonLabSolutions (_###3399) | Powder | $ (3,440.00) | ACH_PAYMENT |
| | | ONLINE DOMESTIC WIRE TRANSFER A/C: APPLIED POWDERCOAT, LLC OXNARD CA | Wire Transfer Test Conducted by | | |
| DEBIT | 6/20/25 | 93030-8999 US TRN: 3514695171ES 06/20 | Chase between x9135 and x7863 | $ (416.76) | WIRE_OUTGOING |
| CHECK 10007 | 6/23/25 | GomezRazo,Eduar Emp 146 Payroll | Payroll | $ (526.34) | CHECK_PAID |
| CHECK 10008 | 6/23/25 | Lemos,DanielG Emp 14 Payroll | Payroll | $ (1,218.09) | CHECK_PAID |
| CHECK 10018 | 6/23/25 | Grippo,GeorgeT Emp 11 Payroll | Payroll | $ (3,782.15) | CHECK_PAID |
| CHECK 10013 | 6/23/25 | Rivera,Leonardo Emp 18 Payroll | Payroll | $ (867.80) | CHECK_PAID |
| CHECK 10017 | 6/23/25 | Arellano,OmarJ Emp 3 Payroll | Payroll | $ (1,681.74) | CHECK_PAID |
| DEBIT | 6/23/25 | Online ACH Payment 11177473491 To CoastalViewPackaging (_######0598) | Packaging Supplies | $ (2,947.00) | ACH_PAYMENT |
| DEBIT | 6/23/25 | Online ACH Payment 11177332939 To MacValley (_#####6773) | Fuel | $ (2,321.98) | ACH_PAYMENT |
| | | ORIG CO NAME:PAYCHEX CGS     ORIG ID:1161124166 DESC DATE:062325 CO ENTRY DESCR:GARNISH SEC:CCD TRACE#:043000099175048 EED:250623 IND | | | |
| DEBIT | 6/23/25 | ID:COL0121302182     IND NAME:APPLIED POWDERCOAT LLC TRN: 1719175048TC | Payroll | $ (270.45) | ACH_DEBIT |
| CHECK 10009 | 6/24/25 | Lemos,DavidA Emp 119 Payroll | Payroll | $ (1,119.24) | CHECK_PAID |
| CHECK 10005 | 6/24/25 | Flores,Eliseo Emp 7 Payroll | Payroll | $ (1,565.43) | CHECK_PAID |
| CHECK 10015 | 6/24/25 | Salinas,MoisesG Emp 19 Payroll | Payroll | $ (987.75) | CHECK_PAID |
| CHECK 10004 | 6/24/25 | Contreras,Ronmeld Emp 116 Payroll | Payroll | $ (1,253.98) | CHECK_PAID |
| CHECK 10006 | 6/24/25 | Gil,Juan Emp 10 Payroll | Payroll | $ (1,750.30) | CHECK_PAID |
| CHECK 10012 | 6/25/25 | RamirezRamirez Emp 145 Payroll | Payroll | $ (1,117.62) | CHECK_PAID |
| DEBIT | 6/25/25 | Same-Day ACH Payment 11177675406 to Cardinal (_#####5846) | Powder | $ (6,281.83) | ACH_PAYMENT |
| CHECK 10002 | 6/25/25 | Albillar,AlbertA Emp 144 Payroll | Payroll | $ (1,228.37) | CHECK_PAID |
| CHECK 10016 | 6/25/25 | Velazquez,Salvad Emp 115 Payroll | Payroll | $ (884.30) | CHECK_PAID |
| DEBIT | 6/25/25 | Same-Day ACH Payment 11177648661 to JPDelRosario (_#####1262) | Payroll | $ (1,847.70) | ACH_PAYMENT |
| DEBIT | 6/25/25 | Same-Day ACH Payment 11177657580 to TatiKlungsang (_######0407) | Payroll | $ (1,279.73) | ACH_PAYMENT |
| DEBIT | 6/26/25 | Online ACH Payment 11178007655 To UCF (_#####8794) | Legal | $ (5,000.00) | ACH_PAYMENT |
| CHECK 10011 | 6/27/25 | Ramirez,Sr.,Fran Emp 145 Payroll | Payroll | $ (705.13) | CHECK_PAID |
| CHECK 10003 | 6/27/25 | Ceniceros,Matthew Emp 136 Payroll | Payroll | $ (808.41) | CHECK_PAID |
| CHECK 10019 | 6/27/25 | Lemos,DavidA Emp 119 Payroll | Payroll | $ (983.50) | CHECK_PAID |
| CHECK 10014 | 6/27/25 | Romero,Jose Emp 139 Payroll | Payroll | $ (1,042.03) | CHECK_PAID |
| DEBIT | 6/27/25 | Online ACH Payment 11178132257 To IntegrityMFS (_####1159) | Powder | $ (2,049.04) | ACH_PAYMENT |
| DEBIT | 6/27/25 | Online ACH Payment 11178125052 To Axalta (_####9681) | Powder | $ (5,451.50) | ACH_PAYMENT |
| DEBIT | 6/27/25 | Online ACH Payment 11178117887 To Tiger (_######1985) | Powder | $ (2,885.48) | ACH_PAYMENT |
| | | ORIG CO NAME:AMERIGAS     ORIG ID:0000000160 DESC DATE:250630 CO ENTRY DESCR:UTILITY SEC:WEB TRACE#:021000029708181 EED:250630 IND ID:2332300 IND NAME:APPLIED POWDERCOAT *IN               610-337- | | | |
| DEBIT | 6/30/25 | 7000 TRN: 1819708181TC | Utilities | $ (839.57) | ACH_DEBIT |
| DEBIT | 6/30/25 | Online ACH Payment 11178419489 To SherwinWilliams (_#####5122) | Powder | $ (663.37) | ACH_PAYMENT |
| DEBIT | 6/30/25 | Online ACH Payment 11178419446 To Prudential (_#####5563) | Shop Supplies | $ (516.74) | ACH_PAYMENT |
| DEBIT | 6/30/25 | Online ACH Payment 11178419376 To KlingsporAbrasives (_#########0745) | Shop Supplies | $ (268.91) | ACH_PAYMENT |
| DEBIT | 6/30/25 | Online ACH Payment 11178411991 To FameSystems (_######0084) | Janitorial Services | $ (550.00) | ACH_PAYMENT |
| DEBIT | 6/30/25 | Same-Day ACH Payment 11178323072 to IFS (_######6637) | Powder | $ (347.50) | ACH_PAYMENT |
| CHECK 10010 | 6/30/25 | ParraGuillen,Ru Emp 17 Payroll | Payroll | $ (1,475.65) | CHECK_PAID |
| | | ORIG CO NAME:SO CAL EDISON CO     ORIG ID:4951240335 DESC DATE:250627 CO ENTRY DESCR:BILL PAYMTSEC:WEB TRACE#:091000019769703 EED:250630 IND | | | |
| DEBIT | 6/30/25 | ID:700423600862     IND NAME:APPLIED POWDERCOAT TRN: 1819769703TC | Utilities | $ (6,402.19) | ACH_DEBIT |
| | | ORIG CO NAME:THE HARTFORD     ORIG ID:9942902727 DESC DATE:   CO ENTRY DESCR:INSPMTCL SEC:CCD TRACE#:051000018771259 EED:250630 IND ID:16713448     IND NAME:APPLIED POWDERCOAT, LL | | | |
| DEBIT | 6/30/25 | NWTBS/CLBI IVR ACH C TRN: 1788771259TC | Insurance | $ (1,245.43) | ACH_DEBIT |

**TOTAL DISBURSEMENTS - Acct 7863 - JUNE 2025 $   (72,974.91)**

**Exhibit D - Disbursements (continued)**

| Details | Posting Date | Description | Amount | Purpose |
|---|---|---|---|---|
| Debits | 6/9/25 | Online Transfer To Chk ...6628 Transaction#: 25068047326 | 11,896.84 | Sweep from x9135 |
| | | Descr:Invoice Sec:CCD Trace#:021000028174832 Eed:250610 Ind | | |
| Debits | 6/10/25 | ID:X12235100022970 Ind Name:Applied Powdercoat LLC Trn: 1608174832Tc | 1,124.80 | Payroll Services |
| Debits | 6/10/25 | Online Transfer To Chk ...6628 Transaction#: 25077329544 | 712.14 | Sweep from x9135 |
| Debits | 6/12/25 | Card Purchase 0610Crosslink Paints 972-2437386 TX 04427427073356125 01 | 44.40 | Powder |
| Debits | 6/16/25 | 06/16 Withdrawal | 476.25 | Powder |
| | | Online Domestic Wire Transfer A/C: Applied Powdercoat, LLC Oxnard CA 93030- | | |
| Debits | 6/18/25 | 8999 US Trn: 3321055169Es | 9,384.80 | Transfer to x7863 |
| | | Online Domestic Wire Transfer A/C: Applied Powdercoat, LLC Oxnard CA 93030- | | |
| Debits | 6/23/25 | 8999 US Trn: 3515505171Es | 416.76 | Transfer to x7863 |

**TOTAL DISBURSEMENTS - Acct 9135 - JUNE 2025    24,055.99**

# A/R Aging Summary Report
## Applied Powdercoat LLC
### As of June 30, 2025

| Customer | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| Advanced Metal MFG, Inc | 13,141.15 | 7,254.15 | | | | 20,395.30 |
| Ameron International | 7,253.60 | 3,359.20 | | | | 10,612.80 |
| Anderson Systems | 1,716.00 | | | | | 1,716.00 |
| Apollo Enclosures | 1,020.20 | 765.05 | | | | 1,785.25 |
| ATC Automation Simi Valley | 6,475.00 | | | | | 6,475.00 |
| Automotive Performance | 550.00 | | | | | 550.00 |
| Barnett Tool & Engineering, Inc | | 1,950.00 | | | | 1,950.00 |
| Cash | | | | | | |
|    Oscar Guevara | 281.32 | | | | | 281.32 |
|    Prem Krish | 281.32 | | | | | 281.32 |
| **Total for Cash** | **562.64** | **0.00** | **0.00** | **0.00** | **0.00** | **$562.64** |
| Coast to Coast Glass Corp | | 281.32 | | | | 281.32 |
| Computer Metal Products | 13,738.23 | | | | | 13,738.23 |
| Conway Electric, LLC | 486.90 | | | | | 486.90 |
| Cover Technologies, Inc. | 2,629.63 | 2,424.54 | | | | 5,054.17 |
| Custom Curb | 6,539.00 | 120.75 | | | | 6,659.75 |
| Custom Industrial Sheet Metal Inc. | 250.00 | | 200.00 | | | 450.00 |
| D&A Metal Fabrication Inc. | 830.00 | | | | | 830.00 |
| David Engineering | 5,980.25 | 135.00 | | | | 6,115.25 |
| EC Precision | 200.10 | | | | | 200.10 |
| Eddie's Towing | 337.58 | | | | | 337.58 |
| EZ Rig Cranes, Inc. | 1,390.00 | | | | | 1,390.00 |
| Fluid Stance | | 653.00 | 960.00 | | | 1,613.00 |
| Gen-Right | 2,911.00 | | 1,045.00 | | | 3,956.00 |
| Haas Automation | 1,470.00 | | | | | 1,470.00 |
| Hanson Lab Solutions, LLC | 9,050.00 | 4,700.00 | | | | 13,750.00 |
| Hypertech | 425.00 | | | | | 425.00 |
| InSpec Machining | | 300.00 | | | | 300.00 |
| JMG Specialties, Inc. | 9,057.00 | 1,278.00 | 1,800.00 | | | 12,135.00 |
| Made in the Shade, Inc | 1,355.90 | 312.60 | | | | 1,668.50 |
| Magnuson | 6,936.25 | | | | | 6,936.25 |
| Modern Space | | 300.00 | | | | 300.00 |
| Neighborhood Car Care | | | | | -62.64 | -62.64 |
| Oxnard Precision Fabrications | 525.00 | | | | | 525.00 |
| R&S Manufacturing and Sales Co, Inc. | 8,071.65 | 1,023.83 | | | -200.00 | 8,895.48 |
| R&S Manufacturing and Sales Co., Inc. | | | | -550.00 | | -550.00 |
| ScreenTec | | | 220.00 | | | 220.00 |
| Sessa Mfg. | 10,630.35 | 9,554.35 | | | | 20,184.70 |
| Tekmar | 250.00 | | | | | 250.00 |

| | | | | | |
|---|---|---|---|---|---|
| Vinyl Concepts | 1,386.00 | | | | 1,386.00 |
| VTS Sheetmetal | 10,896.80 | 96.00 | | | 10,992.80 |
| Will-Mann, Inc. | 688.00 | | | | 688.00 |
| **TOTAL** | **126,753.23** | **34,507.79** | **4,225.00** | **-550.00** | **-262.64** | **$164,673.38** |

Accrual Basis Sunday, July 27, 2025 11:36 PM GMTZ

| Applied IS Summary | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| Sales | 187,086 | 214,873 | 157,719 | 173,228 | 153,209 | 146,115 |
| **Total Revenue** | **187,086** | **214,873** | **157,719** | **173,228** | **153,209** | **146,115** |
| | | | | | | |
| Direct Labor | 52,450 | 62,992 | 50,334 | 52,332 | 50,614 | 46,802 |
| Utilities | 17,613 | 20,497 | 18,653 | 17,042 | 16,001 | 15,336 |
| Raw Materials | 23,267 | 23,643 | 15,367 | 18,856 | 19,498 | 14,120 |
| Postage and Shippings | 4,012 | 5,197 | 4,393 | 5,391 | 1,035 | 5,910 |
| Outside Labor | 13,387 | 10,000 | 10,664 | 7,775 | 9,164 | 3,542 |
| Repairs and Maintenance | 3,074 | 3,491 | 10,910 | 935 | 347 | 1,724 |
| Equipment Rental | 2,121 | 3,081 | 2,558 | 473 | 2,906 | 2,739 |
| Shop Supplies & Small Tools | 8,033 | 2,869 | 3,971 | 1,875 | 2,131 | 1,598 |
| **Total Cost of Revenue** | **123,957** | **131,772** | **116,850** | **104,679** | **101,695** | **91,771** |
| **Gross Profit** | **63,129** | **83,101** | **40,869** | **68,549** | **51,513** | **54,344** |
| **Gross Profit %** | **33.7%** | **38.7%** | **25.9%** | **39.6%** | **33.6%** | **37.2%** |
| | | | | | | |
| Indirect Payroll | 28,173 | 28,369 | 18,868 | 25,524 | 22,027 | 21,744 |
| Professional & Legal Fees | 9,432 | 11,879 | 7,459 | 8,081 | 8,579 | 16,152 |
| Rent | 14,333 | 14,333 | 14,333 | 14,333 | 14,333 | 14,333 |
| Advertising and Marketing Expenses | 2,095 | - | 1,048 | 1,048 | 2,095 | - |
| Office Expenses | 1,943 | 7,485 | 2,255 | 2,051 | 883 | 1,820 |
| Auto & Fuel | 3,066 | 3,024 | 4,698 | 1,930 | 1,063 | 1,259 |
| Insurance | 3,152 | 3,136 | 3,121 | 3,121 | 655 | 655 |
| **Total Operating Expenses** | **62,193** | **68,224** | **51,781** | **56,086** | **49,635** | **55,964** |
| **Operating Income** | **936** | **14,877** | **(10,912)** | **12,463** | **1,878** | **(1,620)** |
| | | | | | | |
| Other Expense / (Income) | - | - | 42 | 20,000 | 31,261 | - |
| Interest Expense / (Income) | 12,384 | 12,465 | 12,465 | 12,465 | 12,553 | 12,577 |
| Depreciation | 3,611 | 3,611 | 3,611 | 3,611 | 3,611 | 3,611 |
| Amortization | 9,960 | 9,960 | 9,960 | 9,960 | 9,960 | 9,960 |
| Tax | 689 | 336 | 481 | 273 | 328 | 179 |
| **Total Other Expense/(Income)** | **26,644** | **26,372** | **26,559** | **46,309** | **57,713** | **26,327** |
| **Net Income** | **(25,708)** | **(11,495)** | **(37,471)** | **(33,847)** | **(55,835)** | **(27,947)** |

| Applied BS Summary | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash & Cash Equivalents | 57,791 | 28,394 | 40,253 | 40,675 | 7,189 | 31,228 |
| Accounts Receivable | 128,690 | 183,137 | 140,029 | 168,223 | 150,224 | 162,717 |
| Inventories | 44,629 | 41,962 | 44,299 | 45,514 | 46,528 | 44,382 |
| Prepaid Expenses | 1,076 | 896 | 8,137 | 7,958 | 7,779 | 7,599 |
| Other Current Assets | 118,109 | 118,109 | 118,109 | 118,109 | 118,109 | 118,109 |
| **Total Current Assets** | **350,295** | **372,497** | **350,827** | **380,479** | **329,829** | **364,035** |
| Fixed Assets, NET | 157,224 | 153,613 | 150,452 | 146,841 | 143,230 | 139,620 |
| Intangible Assets, NET | 840,008 | 830,048 | 820,088 | 810,128 | 800,168 | 790,207 |
| Total Other Assets | 14,755 | 14,755 | 14,755 | 14,755 | 14,755 | 14,755 |
| **Total Non current Assets** | **1,011,987** | **998,416** | **985,295** | **971,724** | **958,153** | **944,582** |
| | | | | | | |
| **Total Assets** | **1,362,282** | **1,370,913** | **1,336,122** | **1,352,203** | **1,287,982** | **1,308,617** |
| | | | | | | |
| **Liabilities** | | | | | | |
| Accounts Payable | 343,180 | 359,897 | 348,631 | 343,095 | 336,568 | 349,512 |
| Accrued Expenses | - | - | - | - | - | - |
| Payroll Liabilities | 41,888 | 35,586 | 33,761 | 37,490 | 49,208 | 60,360 |
| Credit Card Liabilities | 1,830 | 1,516 | 4,588 | (88) | (111) | - |
| Other Current Liabilities | 53,055 | 50,615 | 50,848 | 94,793 | 68,774 | 93,149 |
| **Total Current Liabilities** | **439,953** | **447,614** | **437,828** | **475,290** | **454,439** | **503,021** |
| Other Liabilities | - | - | - | - | - | - |
| Revolver | - | - | - | - | - | - |
| Term Loan | 1,664,277 | 1,676,742 | 1,689,208 | 1,701,673 | 1,714,139 | 1,714,139 |
| **Total Non current Liabilities** | **1,664,277** | **1,676,742** | **1,689,208** | **1,701,673** | **1,714,139** | **1,714,139** |
| | | | | | | |
| **Total Liabilities** | **2,104,229** | **2,124,356** | **2,127,036** | **2,176,964** | **2,168,578** | **2,217,160** |
| | | | | | | |
| **Equity Account** | | | | | | |
| Equity | 233,849 | 233,849 | 233,849 | 233,849 | 233,849 | 233,849 |
| Retained Earnings | (975,796) | (987,292) | (1,024,763) | (1,058,610) | (1,114,444) | (1,142,391) |
| **Total Shareholders Equity** | **(741,948)** | **(753,443)** | **(790,914)** | **(824,761)** | **(880,596)** | **(908,542)** |
| | | | | | | |
| **Total Liabilities & Shareholders Equity** | **1,362,282** | **1,370,913** | **1,336,122** | **1,352,203** | **1,287,982** | **1,308,617** |
| | | | | | | |
| Check | - | - | - | - | - | - |

| | Bank Reconciliation | | Prepared By : | Hitasha Maretha |
|---|---|---|---|---|
| | | | Reviewed By : | |
| | | | Review Date : | |
| | | | Period End Date : | 30-Jun-25 |

Customer Name: APL (TAG)

| | | | Date: | 30-Jun-25 |
|---|---|---|---|---|
| Account Code: 1104 Chase Checking 9135 | | | Reconciliation Period | |
| Account Name: 1104 Chase Checking 9135 | | | 01 June 2025 To 30 June 2025 | |
| Account Description: #7863- CHECKING | | | | |

| Bank Reconciliation Summary | | Amount |
|---|---|---|
| Balance as per Bank Statement as on 06/30/2025 | | $ - |
| Add: Outstanding Deposits (Annexure-I) | | $ - |
| Less: Outstanding Checks (Annexure-II) | | $ - |
| Add: Other Items: List of Amount debited by bank not in GL (Annexure-III) | | $ - |
| Less: Other Items: List of Amount credited in bank not in GL (Annexure-IV) | | $ - |
| GL Adjustment/Reversal (Annexure-V) | | $ (1,608.93) |
| Balance as per General Ledger as on 06/30/2025 | | $ (1,608.93) |
| Difference (SHOULD BE ZERO) | Opening Bal Diff June'25 | $ - |

**OUTSTANDING DEPOSITS (Annexure-I) In QuickBooks but not in Bank**

| Sr. No. | Trxn Date | Description | Reference / Store # | Amount | Remarks / JE # | Days Outstanding |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Total : $ - | | |

**OUTSTANDING CHECKS (Annexure-II) In QuickBooks but not in Bank**

| S. No | Trxn Date | Description | Reference / Store # | Amount | Remarks / JE # | Days Outstanding |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | Total : $ - | | |

**Bank Open Items: List of Amount debited by bank not in GL (Annexure-III)**

| S. No | Trxn Date | Description | Reference / Store # | Amount | Remarks / GL Code | Days Outstanding |
|---|---|---|---|---|---|---|
| | | | | Total : $ - | | |

**Bank Open Items: List of Amount credited in bank not in GL (Annexure-IV)**

| S. No | Trxn Date | Description | Reference / Store # | Amount | Remarks / GL Code | Days Outstanding |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Total : $ - | | |

**GL Adjustment/Reversal (Annexure-V)**

| S. No | Trxn Date | Description | Reference / Store # | Amount | Remarks / GL Code | Days Outstanding |
|---|---|---|---|---|---|---|
| 1 | | Historical Balance | | $ -1,608.93 | | |
| | | | Total : | $ (1,608.93) | | |

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 12, 2025 through June 30, 2025

**Account Number:**                    8

---

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000178 WBS 703 081  18225 NNNNNNNNNNNN  1 000000000 C1 0000

APPLIED POWDERCOAT, LLC
DEBTOR IN POSSESSION
3101 CAMINO DEL SOL
OXNARD CA 93030-8999

## Commercial Checking
## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $0.00 |  |
| Deposits and Credits | 9 | $98,939.07 |  |
| Withdrawals and Debits | 22 | $49,977.08 |  |
| Checks Paid | 18 | $22,997.83 |  |
| **Ending Ledger Balance** |  | **$25,964.16** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 06/18 | Book Transfer Credit B/O: Applied Powdercoat, LLC Oxnard CA 93030-8999 US Trn: 3321055169Es YOUR REF: CML OF 25/06/18 | $9,384.80 |
| 06/20 | Book Transfer Credit B/O: Applied Powdercoat, LLC Oxnard CA 93030-8999 US Trn: 3514695171Es YOUR REF: CML OF 25/06/20 | 416.76 |
| 06/20 | Deposit    1272667327 | 44,883.91 |
| 06/20 | Deposit    1275707073 | 10,729.60 |
| 06/20 | Orig CO Name:Company of Motio    Orig ID:2204895317 Desc Date: CO Entry Descr:Acctverifysec:CCD    Trace#:021000023288723 Eed:250620 Ind ID:015Mlsqneyjeph0    Ind Name:Applied Powdercoat, LI Trn: 1713288723Tc | 0.01 |
| 06/23 | Book Transfer Credit B/O: Applied Powdercoat, LLC Oxnard CA 93030-8999 US Trn: 3515505171Es YOUR REF: CML OF 25/06/20 | 416.76 |
| 06/26 | Deposit    1272707075 | 14,217.50 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no
change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to
the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account
(including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or
availability of the first statement on which the error or charge appears.



June 12, 2025 through June 30, 2025

**Account Number:**                    8

## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 06/26 | Orig CO Name:David Engineerin     Orig ID:1412127327 Desc Date:250626 CO Entry Descr:ACH 5482 Sec:CCD   Trace#:322285782023598 Eed:250626  Ind ID:              Ind Name:Applied Powdercoat LLC 8000215482 Trn: 1762023598Tc | 2,445.00 |
| 06/27 | Deposit     1272707076 | 16,444.73 |
| **Total** | | **$98,939.07** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 06/20 | Online Domestic Wire Transfer A/C: Applied Powdercoat, LLC Oxnard CA 93030-8999 US Trn: 3514695171Es YOUR REF:  CML OF 25/06/20 | $416.76 |
| 06/20 | Online ACH Payment 11177332647 To Hansonlabsolutions (_###3399) YOUR REF:  45521136393 | 3,440.00 |
| 06/20 | Online ACH Payment 11177332799 To Coastalviewpackaging (_######0598) YOUR REF:  45520912371 | 2,842.00 |
| 06/20 | Online ACH Payment 11177332849 To Ernestpackaging (_#####5464) YOUR REF:  45521135385 | 2,109.90 |
| 06/23 | Orig CO Name:Paychex Cgs     Orig ID:1161124166 Desc Date:062325 CO Entry Descr:Garnish  Sec:CCD   Trace#:043000099175048 Eed:250623 Ind ID:Col0121302182     Ind Name:Applied Powdercoat LLC Trn: 1719175048Tc | 270.45 |
| 06/23 | Online ACH Payment 11177332939 To Macvalley (_######6773) YOUR REF:  45571256697 | 2,321.98 |
| 06/23 | Online ACH Payment 11177473491 To Coastalviewpackaging (_######0598) YOUR REF:  45570561615 | 2,947.00 |
| 06/25 | Same-Day ACH Payment 11177657580 To Tatiklungsang (_######0407) YOUR REF:  45595370893 | 1,279.73 |
| 06/25 | Same-Day ACH Payment 11177648661 To Jpdelrosario (_#####1262) YOUR REF:  45595370933 | 1,847.70 |
| 06/25 | Same-Day ACH Payment 11177675406 To Cardinal (_#####5846) YOUR REF:  45595370399 | 6,281.83 |
| 06/26 | Online ACH Payment 11178007655 To Ucf (_#####8794) YOUR REF:  45626318416 | 5,000.00 |
| 06/27 | Online ACH Payment 11178117887 To Tiger (_######1985) YOUR REF:  45650579743 | 2,885.48 |
| 06/27 | Online ACH Payment 11178125052 To Axalta (_#####9681) YOUR REF:  45650425375 | 5,451.50 |
| 06/27 | Online ACH Payment 11178132257 To Integritymfs (_####1159) YOUR REF:  45650636383 | 2,049.04 |
| 06/30 | Orig CO Name:The Hartford     Orig ID:9942902727 Desc Date:     CO Entry Descr:Inspmtcl Sec:CCD   Trace#:051000018771259 Eed:250630  Ind ID:16713448     Ind Name:Applied Powdercoat, LI Nwtbs/Clbi Ivr ACH C Trn: 1788771259Tc | 1,245.43 |
| 06/30 | Orig CO Name:So Cal Edison CO     Orig ID:4951240335 Desc Date:250627 CO Entry Descr:Bill Paymtsec:Web   Trace#:091000019769703 Eed:250630 Ind ID:700423600862     Ind Name:Applied Powdercoat Trn: 1819769703Tc | 6,402.19 |
| 06/30 | Same-Day ACH Payment 11178323072 To Ifs (_######6637) YOUR REF:  45684851611 | 347.50 |
| 06/30 | Online ACH Payment 11178411991 To Famesystems (_####0084) YOUR REF:  45707121723 | 550.00 |
| 06/30 | Online ACH Payment 11178419376 To Klingsporabrasives (_########0745) YOUR REF:  45706689748 | 268.91 |



June 12, 2025 through June 30, 2025

**Account Number:** 8

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 06/30 | Online ACH Payment 11178419446 To Prudential (_####5563)<br>YOUR REF: 45706995126 | 516.74 |
| 06/30 | Online ACH Payment 11178419489 To Sherwinwilliams (_#####5122)<br>YOUR REF: 45706809605 | 663.37 |
| 06/30 | Orig CO Name:Amerigas    Orig ID:0000000160 Desc Date:250630<br>CO Entry Descr:Utility  Sec:Web   Trace#:021000029708181 Eed:250630<br>Ind ID:2332300               Ind Name:Applied Powdercoat *IN<br>610-337-7000 Trn: 1819708181Tc | 839.57 |
| **Total** | | **$49,977.08** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 10002 | 06/25 | $1,228.37 | 10008 | 06/23 | $1,218.09 | 10014 | 06/27 | $1,042.03 |
| 10003 | 06/27 | $808.41 | 10009 | 06/24 | $1,119.24 | 10015 | 06/24 | $987.75 |
| 10004 | 06/24 | $1,253.98 | 10010 | 06/30 | $1,475.65 | 10016 | 06/25 | $884.30 |
| 10005 | 06/24 | $1,565.43 | 10011 | 06/27 | $705.13 | 10017 | 06/23 | $1,681.74 |
| 10006 | 06/24 | $1,750.30 | 10012 | 06/25 | $1,117.62 | 10018 | 06/23 | $3,782.15 |
| 10007 | 06/23 | $526.34 | 10013 | 06/23 | $867.80 | 10019 | 06/27 | $983.50 |
| **Total** | **18 check(s)** | | | | | | | **$22,997.83** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 06/18 | $9,384.80 | 06/25 | $24,091.38 |
| 06/20 | $56,606.42 | 06/26 | $35,753.88 |
| 06/23 | $43,407.63 | 06/27 | $38,273.52 |
| 06/24 | $36,730.93 | 06/30 | $25,964.16 |

Your service charges, fees and earnings credit have been calculated through account analysis.

| | Bank Reconciliation | | Prepared By : | Hitasha Maretha |
|---|---|---|---|---|
| | | | Reviewed By : | |
| | | | Review Date : | |
| | | | Period End Date : | 30-Jun-25 |

Customer Name: APL (TAG)
Account Code: 1104 Chase Checking 9135 — Date: 30-Jun-25
Account Name: 1104 Chase Checking 9135 — Reconciliation Period
Account Description: #7863- CHECKING — 01 June 2025 To 30 June 2025

| Bank Reconciliation Summary | | Amount | |
|---|---|---|---|
| Balance as per Bank Statement as on 06/30/2025 | | $ | - |
| Add: Outstanding Deposits (Annexure-I) | | $ | - |
| Less: Outstanding Checks (Annexure-II) | | $ | - |
| Add: Other Items: List of Amount debited by bank not in GL (Annexure-III) | | $ | - |
| Less: Other Items: List of Amount credited in bank not in GL (Annexure-IV) | | $ | - |
| GL Adjustment/Reversal (Annexure-V) | | $ | (1,608.93) |
| Balance as per General Ledger as on 06/30/2025 | | $ | (1,608.93) |
| Difference (SHOULD BE ZERO) | Opening Bal Diff June'25 | $ | - |

**OUTSTANDING DEPOSITS (Annexure-I) In QuickBooks but not in Bank**

| Sr. No. | Trxn Date | Description | Reference / Store # | Amount | Remarks / JE # | Days Outstanding |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | Total : | $ - | | |

**OUTSTANDING CHECKS (Annexure-II) In QuickBooks but not in Bank**

| S. No | Trxn Date | Description | Reference / Store # | Amount | Remarks / JE # | Days Outstanding |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | Total : | $ - | | |

**Bank Open Items: List of Amount debited by bank not in GL (Annexure-III)**

| S. No | Trxn Date | Description | Reference / Store # | Amount | Remarks / GL Code | Days Outstanding |
|---|---|---|---|---|---|---|
| | | | Total : | $ - | | |

**Bank Open Items: List of Amount credited in bank not in GL (Annexure-IV)**

| S. No | Trxn Date | Description | Reference / Store # | Amount | Remarks / GL Code | Days Outstanding |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | Total : | $ - | | |

**GL Adjustment/Reversal (Annexure-V)**

| S. No | Trxn Date | Description | Reference / Store # | Amount | Remarks / GL Code | Days Outstanding |
|---|---|---|---|---|---|---|
| 1 | | Historical Balance | | $ -1,608.93 | | |
| | | | Total : | $ (1,608.93) | | |

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 31, 2025 through June 30, 2025

Account Number:                    **9135**

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00007869 DDA 703 141  18225 NNNNNNNNNNN T 1 000000000 64 0000
APPLIED POWDERCOAT, LLC
3101 CAMINO DEL SOL
OXNARD CA 93030-8999

## CHECKING SUMMARY | Commercial Checking

|                                      | INSTANCES | AMOUNT       |
| ------------------------------------ | --------- | ------------ |
| **Beginning Balance**                |           | **$8,438.96** |
| Deposits and Additions               | 23        | 62,525.59    |
| ATM & Debit Card Withdrawals         | 3         | - 407.78     |
| Electronic Withdrawals               | 12        | - 70,036.12  |
| Other Withdrawals, Fees & Charges    | 2         | - 520.65     |
| **Ending Balance**                   | **40**    | **$0.00**    |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
| ---- | ----------- | ------ |



May 31, 2025 through June 30, 2025

Account Number:          **9135**

## DEPOSITS AND ADDITIONS    *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/09 | Orig CO Name:Magnuson Product     Orig ID:9200502235 Desc Date:250609 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000028108424 Eed:250609 Ind ID:11175613143          Ind Name:Applied Powder Coat        194466, 194503, 194505 Trn: 1578108424Tc | 1,621.50 |
| 06/09 | Orig CO Name:Merchant Bankcd     Orig ID:G592126793 Desc Date:250606 CO Entry Descr:Deposit  Sec:CCD   Trace#:091000017374604 Eed:250609 Ind ID:496519668883          Ind Name:Applied Powdercoat LLC Ppi Bankcard Dep Trn: 1607374604Tc | 566.50 |
| 06/10 | Online Transfer From Chk ...6628 Transaction#: 25083406018 | 450.00 |
| 06/10 | Online Transfer From Chk ...6628 Transaction#: 25083225849 | 50.00 |
| 06/10 | Online Transfer From Chk ...6628 Transaction#: 25083591358 | 50.00 |
| 06/12 | Orig CO Name:Merchant Bankcd     Orig ID:G592126793 Desc Date:250611 CO Entry Descr:Deposit  Sec:CCD   Trace#:091000011664686 Eed:250612 Ind ID:496519668883          Ind Name:Applied Powdercoat LLC Ppi Bankcard Dep Trn: 1631664686Tc | 562.64 |
| 06/16 | Orig CO Name:Anderson 2223       Orig ID:1770106803 Desc Date:    CO Entry Descr:Inv Pmt  Sec:PPD   Trace#:111000027542695 Eed:250616   Ind ID:682          Ind Name:Applied Powdercoat, Ll Trn: 1647542695Tc | 300.00 |
| 06/17 | Orig CO Name:Magnuson Product     Orig ID:9200502235 Desc Date:250617 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000025132305 Eed:250617 Ind ID:11176650024          Ind Name:Applied Powder Coat 194521/522/529/531/601/631/630/629/ 684/683/686/685/724 Trn: 1675132305Tc | 7,701.25 |
| 06/18 | Orig CO Name:Merchant Bankcd     Orig ID:G592126793 Desc Date:250617 CO Entry Descr:Deposit  Sec:CCD   Trace#:091000019099719 Eed:250618 Ind ID:496519668883          Ind Name:Applied Powdercoat LLC Ppi Bankcard Dep Trn: 1699099719Tc | 791.56 |
| 06/20 | Orig CO Name:Merchant Bankcd     Orig ID:G592126793 Desc Date:250618 CO Entry Descr:Deposit  Sec:CCD   Trace#:091000012041347 Eed:250620 Ind ID:496519668883          Ind Name:Applied Powdercoat LLC Ppi Bankcard Dep Trn: 1712041347Tc | 416.76 |
| **Total Deposits and Additions** | | **$62,525.59** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

## ATM & DEBIT CARD SUMMARY

GEORGE THOMAS GRIPPO  Card 6125



May 31, 2025 through June 30, 2025

Account Number:                 **9135**

## ATM & DEBIT CARD SUMMARY *(continued)*

| | |
|---|---|
| TOTAL ATM WITHDRAWALS & DEBITS | $0.00 |
| TOTAL CARD PURCHASES | $407.78 |
| TOTAL CARD DEPOSITS & CREDITS | $0.00 |

ATM & DEBIT CARD TOTALS

| | |
|---|---|
| TOTAL ATM WITHDRAWALS & DEBITS | $0.00 |
| TOTAL CARD PURCHASES | $407.78 |
| TOTAL CARD DEPOSITS & CREDITS | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/09 | Online Transfer To Chk ...6628 Transaction#: 25068047326 | 11,896.84 |
| 06/10 | Orig CO Name:Paychex Eib          Orig ID:1161124166 Desc Date:250610 CO Entry Descr:Invoice  Sec:CCD    Trace#:021000028174832 Eed:250610   Ind ID:X12235100022970          Ind Name:Applied Powdercoat LLC Trn: 1608174832Tc | 1,124.80 |
| 06/10 | Online Transfer To Chk ...6628 Transaction#: 25077329544 | 712.14 |
| 06/18 | Online Domestic Wire Transfer A/C: Applied Powdercoat, LLC Oxnard CA 93030-8999 US Trn: 3321055169Es | 9,384.80 |
| 06/23 | Online Domestic Wire Transfer A/C: Applied Powdercoat, LLC Oxnard CA 93030-8999 US Trn: 3515505171Es | 416.76 |
| **Total Electronic Withdrawals** | | **$70,036.12** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/12 | Card Purchase          0610Crosslink Paints 972-2437386 TX | | $44.40 |
| | 04427427073356125 | 01 | |
| 06/16 | Withdrawal | | 476.25 |
| **Total Other Withdrawals, Fees & Charges** | | | **$520.65** |

Your service charges, fees and earnings credit have been calculated through account analysis.



May 31, 2025 through June 30, 2025

Account Number:                    9135

## DAILY ENDING BALANCE

| DATE | AMOUNT | | DATE | AMOUNT |
|------|--------|--|------|--------|
| | | | 06/12 | 1,068.24 |
| | | | 06/16 | 891.99 |
| | | | 06/17 | 8,593.24 |
| | | | 06/18 | 0.00 |
| | | | 06/20 | 416.76 |
| 06/09 | 1,836.94 | | 06/23 | 0.00 |
| 06/10 | 550.00 | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT FOR SMALL BUSINESS UNDER CHAPTER 11** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 13, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Attorneys for Debtor Applied Powdercoat, LLC:  **Derrick Talerico**:  dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Subchapter V Trustee:  **John-Patrick McGinnis Fritz (TR)**:  jpftrustee@lnbyg.com; jpftrustesolutions.net
- Courtesy Notice/Interested Party:  **Joseph Boufadel**: jboufadel@salvatoboufadel.com; gsalvato@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- Courtesy Notice/Interested Party:  **John D Faucher**: j.d.faucher@faucherlaw.com; faucherecf@gmail.com; johnd.b113858@notify.bestcase.com; p.askren@faucherlaw.com
- Attorneys for Creditor Employnet, Inc.:  **Nicolino Iezza**:  niezza@spiwakandiezza.com
- Attorneys for Interested Party First Bank of the Lake:  **Bernard J Kornberg**:
- United States Trustee (ND):  ustpregion16.nd.ecf@usdoj.gov; **Brian D Fittipaldi**:  brian.fittipaldi@usdoj.gov

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to the Courtroom Policies and Procedures of the Honorable Ronald A. Clifford III, Judge's copies are not required.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 13, 2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.