1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Proposed General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
APPLIED POWDERCOAT, LLC

**FILED & ENTERED**

**AUG 15 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Spann    DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

In re:

APPLIED POWDERCOAT, LLC,

    Debtor and Debtor in Possession.

Case No. 9:25-bk-10762-RC

Chapter 11

Subchapter V

**ORDER GRANTING MOTION TO APPROVE STIPULATION FOR ENTRY OF ORDER AUTHORIZING USE OF CASH COLLATERAL**

Continued Hearing:
Date:    July 15, 2025
Time:    1:00 pm
Courtroom:  201
           1415 State Street
           Santa Barbara, CA 93101

Judge:  Hon. Ronald Clifford III

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

A hearing was held on July 11, 2025 (the "Initial Hearing") that was continued to July 15, 2025, at 1:00 pm (the "Continued Hearing") to consider the *Motion to Approve Stipulation for Entry of an Order Authorizing Use of Cash Collateral* (the "Motion") [Dkt. 15] and the *Stipulation for Entry of Order Authorizing Use of Cash Collateral* ("Stipulation") attached to the Motion as Exhibit A, filed by Applied Powdercoat, LLC, the debtor and debtor-in-possession herein (the "Debtor"). [1] The Initial Hearing was scheduled pursuant to the Court's Order [Dkt. 18] granting Debtor's Application for Hearing on Shortened Notice [Dkt. 17].

After hearing argument and positions at the Initial Hearing from counsel to Debtor and First Bank of the Lake ("FBOL"), Debtor's senior secured lender, and John-Patrick M. Fritz, subchapter V trustee, the Court continued the Initial Hearing to provide the parties and the Court time to consider various legal issues and for the Debtor to submit supplemental documentation, including a weekly budget through July 2025.

Prior to the Continued Hearing, Debtor submitted a two-week budget for the weeks of July 14 and July 21 (the "July Budget") [Dkt. 30] and a weekly budget for August 2025 (the "August Budget") [Dkt. 31]. Appearances at the Initial Hearing and the Continued Hearing were as noted on the record.  The Court, having considered the Motion, the Stipulation, and other documents filed in support of the Motion, the arguments and representations of counsel at the hearing on the Motion, finding notice of the Initial Hearing and the Continued Hearing proper, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.      The Motion is granted and the Stipulation is approved;

2.      Debtor is authorized to use Cash Collateral as set forth in the Stipulation;

3.      FBOL is granted Post-Petition Liens as set forth in the Stipulation;

4.      Section 2 of the Stipulation is amended to include the use of cash collateral and granting of replacement Post-Petition Liens pursuant to the July Budget and the August Budget;

---

[1] Terms not defined herein shall have the same meanings ascribed to them in the Motion and the Stipulation.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

5.      Debtor may use cash collateral with a 15% variance to the July Budget with any unused weekly budget carrying over to the subsequent week, although no use of cash collateral is authorized after August 31, 2025, unless (i) a written stipulation pursuant to Section 2b of the Stipulation is filed with the Court without a need for further order from the Court, or (ii) further use of cash collateral is authorized pursuant to further order of the Court;

6.      Debtor will cooperatively explore valuation and potential sale of its assets with FBOL; and

7.      Without delay, Debtor will pursue and complete an exit strategy that returns the greatest recovery to creditors of: (A) a liquidation of its assets as a debtor in possession; (B) a sale of substantially all of its assets and its business as a going-concern; and (C) a subchapter V plan pursuant to Section 1191 of the Bankruptcy Code.

###

Date: August 15, 2025

Ronald A. Clifford III
United States Bankruptcy Judge

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Proposed General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
APPLIED POWDERCOAT, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 9:25-bk-10762-RC |
| APPLIED POWDERCOAT, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | Subchapter V |

**ORDER GRANTING STIPULATION FOR ENTRY OF ORDER AUTHORIZING USE OF CASH COLLATERAL**

Continued Hearing:
Date:        July 15, 2025
Time:        1:00 pm
Courtroom:  201
                    1415 State Street
                    Santa Barbara, CA 93101

Judge: Hon. Ronald Clifford III

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

A hearing was held on July 11, 2025 (the "Initial Hearing") that was continued to July 15, 2025 at 1:00 pm (the "Continued Hearing") to consider the *Motion to Approve Stipulation for Entry of an Order Authorizing Use of Cash Collateral* (the "Motion") [Dkt. 15] and the *Stipulation for Entry of Order Authorizing Use of Cash Collateral* ("Stipulation") attached to the Motion as Exhibit A, filed by Applied Powdercoat, LLC, the debtor and debtor-in-possession herein (the "Debtor"). [1] The Initial Hearing was scheduled pursuant to the Court's Order [Dkt. 18] granting Debtor's Application for Hearing on Shortened Notice [Dkt. 17].

After hearing argument and positions at the Initial Hearing from counsel to Debtor and First Bank of the Lake ("FBOL"), Debtor's senior secured lender, and John-Patrick M. Fritz, subchapter V trustee, the Court continued the Initial Hearing to provide the parties and the Court time to consider various legal issues and for the Debtor to submit supplemental documentation, including a weekly budget through July 2025.

Prior to the Continued Hearing, Debtor submitted a two-week budget for the weeks of July 14 and July 21 (the "July Budget") [Dkt. 30] and a weekly budget for August 2025 (the "August Budget") [Dkt. 31]. Appearances at the Initial Hearing and the Continued Hearing were as noted on the record. The Court, having considered the Motion, the Stipulation, and other documents filed in support of the Motion, the arguments and representations of counsel at the hearing on the Motion, finding notice of the Initial Hearing and the Continued Hearing proper, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.     The Motion is granted and the Stipulation is approved;

2.     Debtor is authorized to use Cash Collateral as set forth in the Stipulation;

3.     FBOL is granted Post-Petition Liens as set forth in the Stipulation;

4.     Section 2 of the Stipulation is amended to include the use of cash collateral and granting of replacement Post-Petition Liens pursuant to the July Budget and the August Budget;

---

[1] Terms not defined herein shall have the same meanings ascribed to them in the Motion and the Stipulation.

5.      Debtor may use cash collateral with a 15% variance to the July Budget with any unused weekly budget carrying over to the subsequent week, although no use of cash collateral is authorized after August 31, 2025, unless (i) a written stipulation pursuant to Section 2b of the Stipulation is filed with the Court without a need for further order from the Court, or (ii) further use of cash collateral is authorized pursuant to further order of the Court;

6.      Debtor will cooperatively explore valuation and potential sale of its assets with FBOL; and

7.      Without delay, Debtor will pursue and complete an exit strategy that returns the greatest recovery to creditors of: (A) a liquidation of its assets as a debtor in possession; (B) a sale of substantially all of its assets and its business as a going-concern; and (C) a subchapter V plan pursuant to Section 1191 of the Bankruptcy Code.

**REVIEWED AND APPROVED BY:**

**MILLER NASH LLP**

By: Bernard Kornberg
        Counsel to First Bank of the Lake

**JOHN-PATRICK M. FRITZ,**
**SUBCHAPTER V TRUSTEE**

By: John-Patrick M. Fritz
        Subchapter V Trustee

###

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025