**Fill in this information to identify the case:**

Debtor Name __APPLIED POWDERCOAT LLC__

United States Bankruptcy Court for the: Central District of California

Case number: __9:25-bk-10762-RC__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __July 2025__

Line of business: __Powdercoating__

Date report filed: __08/27/2025__
MM / DD / YYYY

NAISC code: __3328__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Applied Powdercoat LLC__

Original signature of responsible party

Printed name of responsible party __Osei Appiagyei, Manager of The Pella__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | APPLIED POWDERCOAT LLC | Case number | 9:25-bk-10762-RC |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 35348.96

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 177100.2

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 99269.43

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 77830.77

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 113179.73

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 47813.78

Debtor Name  APPLIED POWDERCOAT LLC                    Case number  9:25-bk-10762-RC

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                    $  133411.56

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    17

27. What is the number of employees as of the date of this monthly report?        16

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $          0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $          0

30. How much have you paid this month in other professional fees?                    $          0

31. How much have you paid in total other professional fees since filing the case?              $          0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $  150000 | − | $  148250 | = | $  1750.00 |
| 33. **Cash disbursements** | $  165916.57 | − | $  166229 | = | $  312.00 |
| 34. **Net cash flow** | $  -15916.50 | − | $  -12979.00 | = | $  2937.50 |

35. Total projected cash receipts for the next month:                $  150000.00

36. Total projected cash disbursements for the next month:         -  $  170000.00

37. Total projected net cash flow for the next month:              = $  -20000.00

Debtor Name  APPLIED POWDERCOAT LLC                                      Case number  9:25-bk-10762-RC

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**APPLIED POWDERCOAT LLC**

**EXHIBIT C - DEPOSITS**

| Details | Posting Date | Description | Amount | Type | Balance |
|---------|-------------|-------------|--------|------|---------|
| CREDIT | 7/1/25 | ORIG CO NAME:R&S MANUFACTURIN    ORIG ID:9215986202 DESC DATE:062625 CO ENTRY DESCR:BILL_PAY SEC:CCD   TRACE#:021000020404794 EED:250701  IND ID:R&S MANUFACTURI     IND NAME:APPLIED POWDERCOAT TRN: 1810404794TC | 1023.83 | ACH_CREDIT | 26987.99 |
| CREDIT | 7/2/25 | ORIG CO NAME:Company of Motio    ORIG ID:1204895317 DESC DATE:    CO ENTRY DESCR:Bill.com SEC:CCD   TRACE#:021000021373966 EED:250702  IND ID:015AOKKJQOJZGDQ     IND NAME:Applied Powdercoat, LL  Company of Motion, LLC Bill.com 015 AOKKJQOJZGDQ Multiple invoices TRN: 1821373966TC | 1613 | ACH_CREDIT | 28600.99 |
| CREDIT | 7/3/25 | ORIG CO NAME:DAVID ENGINEERIN    ORIG ID:1412127327 DESC DATE:250703 CO ENTRY DESCR:ACH 5482 SEC:CCD   TRACE#:322285785103429 EED:250703  IND ID: IND NAME:APPLIED POWDERCOAT LLC                    8000215482 TRN: 1835103429TC | 225 | ACH_CREDIT | 39845.67 |
| DSLIP | 7/3/25 | DEPOSIT ID NUMBER 435657 | 13583.4 | DEPOSIT | 39620.67 |
| CREDIT | 7/7/25 | ORIG CO NAME:Magnuson Product    ORIG ID:9200502235 DESC DATE:250707 CO ENTRY DESCR:ACH Pmt SEC:CCD   TRACE#:021000023115344 EED:250707  IND ID:11178964391 IND NAME:APPLIED POWDER COAT    194750, 194751, 194752 TRN: 1843115344TC | 2225 | ACH_CREDIT | 24220.27 |
| DSLIP | 7/9/25 | DEPOSIT ID NUMBER 707077 | 12828.41 | DEPOSIT | 26285.9 |
| CREDIT | 7/10/25 | ORIG CO NAME:DAVID ENGINEERIN    ORIG ID:1412127327 DESC DATE:250710 CO ENTRY DESCR:ACH 5482 SEC:CCD   TRACE#:322285783365026 EED:250710  IND ID: IND NAME:APPLIED POWDERCOAT LLC                    8000215482 TRN: 1903365026TC | 710.5 | ACH_CREDIT | 23143.61 |
| CREDIT | 7/10/25 | ORIG CO NAME:Cover Technologi    ORIG ID:9186939000 DESC DATE:    CO ENTRY DESCR:194735 SEC:CCD   TRACE#:074920903365028 EED:250710  IND ID:          IND NAME:Applied Powdercoat LLC    Cover Technologies Inc PAYING BILL 194735 VIA RAMP TRN: 1903365028TC | 2386.53 | ACH_CREDIT | 22433.11 |
| DSLIP | 7/11/25 | DEPOSIT ID NUMBER 707094 | 24457.72 | DEPOSIT | 46991.03 |

**APPLIED POWDERCOAT LLC**

**EXHIBIT C - DEPOSITS**

| Details | Posting Date | Description | Amount | Type | Balance |
|---|---|---|---|---|---|
| CREDIT | 7/14/25 | ORIG CO NAME:Magnuson Product    ORIG ID:9200502235 DESC DATE:250714 CO ENTRY DESCR:ACH Pmt  SEC:CCD  TRACE#:021000025551558 EED:250714  IND ID:11179860539 IND NAME:APPLIED POWDER COAT    194823, 194826, 194824, 194822, 194 825, 194870 TRN: 1925551558TC | 4711.25 | ACH_CREDIT | 48175.39 |
| CREDIT | 7/14/25 | BOOK TRANSFER CREDIT B/O: APOLLO ENCLOSURES, LLC MOORPARK CA 93021-7100 US REF: APOLLO PO 2914 TRN: 3008205195ES | 765.05 | WIRE_INCOMIN( | 43464.14 |
| CREDIT | 7/16/25 | ORIG CO NAME:Magnuson Product    ORIG ID:9200502235 DESC DATE:250716 CO ENTRY DESCR:ACH Pmt  SEC:CCD  TRACE#:021000026434801 EED:250716  IND ID:11180192343 IND NAME:APPLIED POWDER COAT    194896, 194901, 194898, 194899, 194 900 TRN: 1966434801TC | 3573.5 | ACH_CREDIT | 55615.07 |
| CREDIT | 7/16/25 | ORIG CO NAME:R&S MANUFACTURIN    ORIG ID:9215986202 DESC DATE:071125 CO ENTRY DESCR:BILL_PAY SEC:CCD  TRACE#:021000026434804 EED:250716  IND ID:R&S MANUFACTURI    IND NAME:APPLIED POWDERCOAT TRN: 1966434804TC | 4616.15 | ACH_CREDIT | 52041.57 |
| CREDIT | 7/17/25 | ORIG CO NAME:DAVID ENGINEERIN    ORIG ID:1412127327 DESC DATE:250717 CO ENTRY DESCR:ACH 5482 SEC:CCD  TRACE#:322285788630249 EED:250717  IND ID: IND NAME:APPLIED POWDERCOAT LLC                              8000215482 TRN: 1978630249TC | 3292.25 | ACH_CREDIT | 49798.92 |
| DSLIP | 7/18/25 | DEPOSIT ID NUMBER 707078 | 14662.45 | DEPOSIT | 60392.71 |
| CREDIT | 7/24/25 | ORIG CO NAME:DAVID ENGINEERIN    ORIG ID:1412127327 DESC DATE:250724 CO ENTRY DESCR:ACH 5482 SEC:CCD  TRACE#:322285782220869 EED:250724  IND ID: IND NAME:APPLIED POWDERCOAT LLC                              8000215482 TRN: 2042220869TC | 755 | ACH_CREDIT | 32968.54 |
| DSLIP | 7/25/25 | DEPOSIT ID NUMBER 707079 | 27413.95 | DEPOSIT | 59408.57 |
| CREDIT | 7/25/25 | BOOK TRANSFER CREDIT B/O: APOLLO ENCLOSURES, LLC MOORPARK CA 93021-7100 US REF: 194798, PO 2922 TRN: 3084675206ES | 1020.2 | WIRE_INCOMIN( | 31994.62 |
| CREDIT | 7/28/25 | ORIG CO NAME:ARCOSA AMERON    ORIG ID:2825339416 DESC DATE:    CO ENTRY DESCR:EDI PYMNTSSEC:CCD  TRACE#:091000010750925 EED:250728  IND ID:98622 IND NAME:APPLIED POWDERCOAT LLC                              EDI TRN: 2060750925TC | 10612.8 | ACH_CREDIT | 70021.37 |

**APPLIED POWDERCOAT LLC**

**EXHIBIT C - DEPOSITS**

| Details | Posting Date | Description | Amount | Type | Balance |
|---|---|---|---|---|---|
| DSLIP | 7/30/25 | DEPOSIT ID NUMBER 707080 | 40948.17 | DEPOSIT | 107482.72 |
| CREDIT | 7/31/25 | ORIG CO NAME:R&S MANUFACTURIN    ORIG ID:9215986202 DESC DATE:072825 CO ENTRY DESCR:BILL_PAY SEC:CCD  TRACE#:021000025725782 EED:250731  IND ID:R&S MANUFACTURI     IND NAME:APPLIED POWDERCOAT TRN: 2115725782TC | 598 | ACH_CREDIT | 109762.35 |
| CREDIT | 7/31/25 | ORIG CO NAME:DAVID ENGINEERIN    ORIG ID:1412127327 DESC DATE:250731 CO ENTRY DESCR:ACH 5482 SEC:CCD  TRACE#:322285785725777 EED:250731  IND ID: IND NAME:APPLIED POWDERCOAT LLC                          8000215482 TRN: 2115725777TC | 907.5 | ACH_CREDIT | 109164.35 |
| CREDIT | 7/31/25 | ORIG CO NAME:Magnuson Product    ORIG ID:9200502235 DESC DATE:250731 CO ENTRY DESCR:ACH Pmt SEC:CCD  TRACE#:021000025725774 EED:250731  IND ID:11181958528 IND NAME:APPLIED POWDER COAT     194897 194956 194951 194950 TRN: 2115725774TC | 1746 | ACH_CREDIT | 108256.85 |
| CREDIT | 7/31/25 | ORIG CO NAME:Cover Technologi    ORIG ID:9186939000 DESC DATE:    CO ENTRY DESCR:194662 SEC:CCD  TRACE#:074920905725779 EED:250731  IND ID:              IND NAME:Applied Powdercoat LLC   Cover Technologies Inc PAYING BILL 194662 VIA RAMP TRN: 2115725779TC | 2424.54 | ACH_CREDIT | 106510.85 |

**EXHIBIT D - DISBURSEMENTS**

| NAME | CHECK DATE | CHECK NUMBER | NEGOTIABLE CHECK AMOUNT |
|---|---|---|---|
| Del Rosario, Jhon Pol O | 7/3/25 | 10020 | 1,858.65 |
| Klungsang, Thatthipat | 7/3/25 | 10021 | 1,052.59 |
| Albillar, Albert A | 7/3/25 | 10022 | 1,271.07 |
| Ceniceros, Matthew | 7/3/25 | 10023 | 725.7 |
| Contreras, Rommelid | 7/3/25 | 10024 | 1,250.63 |
| Flores, Eliseo | 7/3/25 | 10025 | 1,537.56 |
| Gil, Juan | 7/3/25 | 10026 | 1,818.19 |
| Gomez Razo, Eduardo | 7/3/25 | 10027 | 1,254.08 |
| Lemos, Daniel G | 7/3/25 | 10028 | 1,175.20 |
| Lemos, David A | 7/3/25 | 10029 | 675.8 |
| Parra Guillen, Ruben | 7/3/25 | 10030 | 1,429.69 |
| Ramirez S., Fran Francisco R | 7/3/25 | 10031 | 596.84 |
| Ramirez Ramirez, Luis G | 7/3/25 | 10032 | 1,157.29 |
| Rivera, Leonardo | 7/3/25 | 10033 | 954.04 |
| Romero, Jose | 7/3/25 | 10034 | 1,049.50 |
| Salinas, Moises Gomez | 7/3/25 | 10035 | 922 |
| Velazquez, Salvador | 7/3/25 | 10036 | 850.23 |
| Arellano, Omar J | 7/3/25 | 10037 | 1,681.73 |
| Grippo, George T | 7/3/25 | 10038 | 3,782.16 |
| Del Rosario, Jhon Pol O | 7/18/25 | 10039 | 1,847.58 |
| Klungsang, Thatthipat | 7/18/25 | 10040 | 1,299.95 |
| Albillar, Albert A | 7/18/25 | 10041 | 1,234.76 |
| Ceniceros, Matthew | 7/18/25 | 10042 | 1,029.93 |
| Contreras, Rommelid | 7/18/25 | 10043 | 1,278.41 |
| Flores, Eliseo | 7/18/25 | 10044 | 1,514.72 |
| Gil, Juan | 7/18/25 | 10045 | 1,759.07 |
| Gomez Razo, Eduardo | 7/18/25 | 10046 | 1,258.18 |
| Lemos, Daniel G | 7/18/25 | 10047 | 1,188.76 |
| Parra Guillen, Ruben | 7/18/25 | 10048 | 1,444.41 |
| Ramirez S., Fran Francisco R | 7/18/25 | 10049 | 601.19 |
| Ramirez Ramirez, Luis G | 7/18/25 | 10050 | 1,123.50 |
| Rivera, Leonardo | 7/18/25 | 10051 | 788.83 |
| Romero, Jose | 7/18/25 | 10052 | 1,056.35 |
| Salinas, Moises Gomez | 7/18/25 | 10053 | 1,050.62 |
| Velazquez, Salvador | 7/18/25 | 10054 | 873.48 |
| Arellano, Omar J | 7/18/25 | 10055 | 1,681.74 |
| Grippo, George T | 7/18/25 | 10056 | 3,782.15 |

**EXHIBIT D - DISBURSEMENTS**

| Details | Posting Date | Description |
|---|---|---|
| DEBIT | 7/2/25 | ORIG CO NAME:PAYCHEX CGS      ORIG ID:1161124166 DESC DATE:070225 CO ENTRY DESCR:GARNISH SEC:CCD  TRACE#:043000092419085 EED:250702  IND ID:COL0121416568      IND NAME:APPLIED POWDERCOAT LLC TRN: 1822419085TC |
| DEBIT | 7/2/25 | ORIG CO NAME:ANTHEM BLUE I01O    ORIG ID:CP35214571 DESC DATE:    CO ENTRY DESCR:CORP PYMT SEC:CCD  TRACE#:111000022419083 EED:250702 IND ID:FL00108188      IND NAME:APPLIED POWERCOAT INC EDI PAYMENT TRN: 1822419083TC |
| DEBIT | 7/3/25 | ORIG CO NAME:GEOLINKS      ORIG ID:1911718107 DESC DATE:   CO ENTRY DESCR:GEOLINKS SEC:PPD  TRACE#:104000016279372 EED:250703  IND ID:M121107723881      IND NAME:APPLIED POWDERCOAT, LL TRN: 1836279372TC |
| DEBIT | 7/3/25 | ORIG CO NAME:SoCalGas      ORIG ID:6951240705 DESC DATE:250702 CO ENTRY DESCR:PAID SCGC SEC:WEB  TRACE#:111000026279374 EED:250703 IND ID:1126761179      IND NAME:301601474289412970 TRN: 1836279374TC |
| DEBIT | 7/7/25 | Online ACH Payment 11179231962 To PulseOne (_######2509) |
| DEBIT | 7/7/25 | Same-Day ACH Payment 11179169884 to JPDelRosario (_#####1262) |
| DEBIT | 7/7/25 | Same-Day ACH Payment 11179169813 to TatiKlungsang (_#####0407) |
| DEBIT | 7/9/25 | Online ACH Payment 11179562343 To Cardinal (_#####5846) |
| DEBIT | 7/10/25 | Online ACH Payment 11179765025 To IFS (_#####6637) |
| DEBIT | 7/10/25 | Same-Day ACH Payment 11179657364 to IFS (_#####6637) |
| DEBIT | 7/11/25 | Same-Day ACH Payment 11179856610 to Cardinal (_#####5846) |
| DEBIT | 7/11/25 | Same-Day ACH Payment 11179855249 to MacValley (_#####6773) |
| DEBIT | 7/11/25 | ORIG CO NAME:OXNARDUTILONLINE    ORIG ID:0000000160 DESC DATE:250710 CO ENTRY DESCR:BILLPAY  SEC:WEB TRACE#:091000013914353 EED:250711  IND ID:OXNARD UTILITY      IND NAME:APPLIED POWDERCOAT LL      BILLPAY TRN: 1923914353TC |
| DEBIT | 7/11/25 | ORIG CO NAME:OXNARDUTILONLINE    ORIG ID:0000000160 DESC DATE:250710 CO ENTRY DESCR:BILLPAY  SEC:WEB TRACE#:091000013914352 EED:250711  IND ID:OXNARD UTILITY      IND NAME:APPLIED POWDERCOAT LL      BILLPAY TRN: 1923914352TC |
| DEBIT | 7/11/25 | ORIG CO NAME:PAYCHEX-HRS      ORIG ID:2555124166 DESC DATE:    CO ENTRY DESCR:HRS PMT  SEC:CCD  TRACE#:021000021619395 EED:250711 IND ID:49654536      IND NAME:APPLIED POWDERCOAT LL TRN: 1911619395TC |
| DEBIT | 7/11/25 | ORIG CO NAME:OXNARDUTILONLINE    ORIG ID:0000000160 DESC DATE:250710 CO ENTRY DESCR:BILLPAY  SEC:WEB TRACE#:091000013914351 EED:250711  IND ID:OXNARD UTILITY      IND NAME:APPLIED POWDERCOAT LL      BILLPAY TRN: 1923914351TC |

| | | |
|---|---|---|
| DEBIT | 7/15/25 | ORIG CO NAME:Kemper Auto     ORIG ID:4750620550 DESC DATE:250711 CO ENTRY DESCR:KemperAutoSEC:WEB TRACE#:062000012160605 EED:250715 IND ID:000000031661642     IND NAME:OSEI APPIAGYEI 50012907801 TRN: 1952160605TC |
| DEBIT | 7/16/25 | Online ACH Payment 11180431598 To Cardinal (_####5846) |
| DEBIT | 7/16/25 | Online ACH Payment 11180390689 To ErnestPackaging (_####5464) |
| DEBIT | 7/16/25 | Same-Day ACH Payment 11180360294 to QuatrroInc (_########2264) |
| DEBIT | 7/17/25 | Online ACH Payment 11180652598 To TatiKlungsang (_#####0407) |
| DEBIT | 7/17/25 | Online ACH Payment 11180661673 To JPDelRosario (_#####1262) |
| DEBIT | 7/17/25 | Same-Day ACH Payment 11180550355 to PulseOneComm (_#######8975) |
| DEBIT | 7/17/25 | Same-Day ACH Payment 11180542863 to PulseOne (_#######2509) |
| DEBIT | 7/17/25 | Same-Day ACH Payment 11180546808 to IFS (_######6637) |
| DEBIT | 7/17/25 | ORIG CO NAME:PAYCHEX CGS     ORIG ID:1161124166 DESC DATE:071725 CO ENTRY DESCR:GARNISH  SEC:CCD  TRACE#:043000099439148 EED:250717  IND ID:COL0121609299     IND NAME:APPLIED POWDERCOAT LLC TRN: 1979439148TC |
| DEBIT | 7/18/25 | Online ACH Payment 11180787177 To Cardinal (_####5846) |
| DEBIT | 7/18/25 | WITHDRAWAL 07/18 |
| DEBIT | 7/18/25 | Online ACH Payment 11180743850 To ULINE (_###2466) |
| DEBIT | 7/18/25 | ONLINE INTERNATIONAL WIRE TRANSFER A/C: OVERSEA CHINESE BANKING CORP LTD SINGAPORE SINGAPORE 52954-2 SG REF: INV-0278 CONSULTANCY EXPENSES TRN: 3466055199ES 07/18 |
| DEBIT | 7/18/25 | Same-Day ACH Payment 11180726410 to IFS (_######6637) |
| DEBIT | 7/23/25 | Online ACH Payment 11181144986 To Puretec (_#####2087) |
| DEBIT | 7/23/25 | Online ACH Payment 11181155947 To Prudential (_####5563) |
| DEBIT | 7/23/25 | Same-Day ACH Payment 11181142014 to MacValley (_######6773) |
| DEBIT | 7/23/25 | ORIG CO NAME:EMPLOYMENT DEVEL     ORIG ID:2282533055 DESC DATE:072225 CO ENTRY DESCR:EDD EFTPMTSEC:CCD TRACE#:042000010421863 EED:250723  IND ID:14621408          IND NAME:APPLIED POWDERCOAT LLC PAYMENT TRN: 2030421863TC |
| DEBIT | 7/24/25 | Same-Day ACH Payment 11181232701 to Cardinal (_####5846) |
| DEBIT | 7/24/25 | ORIG CO NAME:PAYX ADJUSTMENT     ORIG ID:1161124166 DESC DATE:     CO ENTRY DESCR:HRS BILL SEC:CCD  TRACE#:021000022981049 EED:250724 IND ID:oy008aLIGgn1KEp       IND NAME:APPLIED POWDERCOAT L TRN: 2042981049TC |
| DEBIT | 7/28/25 | Same-Day ACH Payment 11181607592 to MillerGasket (_######9003) |
| DEBIT | 7/28/25 | Same-Day ACH Payment 11181607486 to IFS (_######6637) |
| DEBIT | 7/29/25 | ORIG CO NAME:PAYX ADJUSTMENT     ORIG ID:1161124166 DESC DATE:     CO ENTRY DESCR:HRS TIME SEC:CCD  TRACE#:021000028221909 EED:250729 IND ID:IXdAUOspyQJgWkf       IND NAME:APPLIED POWDERCOAT LLC TRN: 2098221909TC |
| DEBIT | 7/29/25 | Same-Day ACH Payment 11181744385 to IntegrityMFS (_####1159) |
| DEBIT | 7/29/25 | Same-Day ACH Payment 11181735905 to HansonLabSolutions (_###3399) |

**EXHIBIT D - DISBURSEMENTS**

| | | |
|---|---|---|
| DEBIT | 7/30/25 | ORIG CO NAME:IRS          ORIG ID:3387702000 DESC DATE:073025 CO<br>ENTRY DESCR:USATAXPYMTSEC:CCD   TRACE#:061036011776832<br>EED:250730  IND ID:270561162345345          IND NAME:APPLIED<br>POWDERCOAT LLC TRN: 2101776832TC |
| DEBIT | 7/30/25 | ORIG CO NAME:IRS          ORIG ID:3387702000 DESC DATE:073025 CO<br>ENTRY DESCR:USATAXPYMTSEC:CCD   TRACE#:061036012233897<br>EED:250730  IND ID:270561151029026          IND NAME:APPLIED<br>POWDERCOAT LLC TRN: 2112233897TC |
| DEBIT | 7/31/25 | Same-Day ACH Payment 11182208286 to Cardinal (_#####5846) |
| DEBIT | 7/31/25 | ORIG CO NAME:PAYCHEX CGS       ORIG ID:1161124166 DESC DATE:073125<br>CO ENTRY DESCR:GARNISH  SEC:CCD   TRACE#:043000096753981<br>EED:250731  IND ID:COL0121803823          IND NAME:APPLIED<br>POWDERCOAT LLC TRN: 2116753981TC |

| Purpose | Amount |
|---|---|
| Payroll Services | -270.45 |
| Health Care Insurance | -1339.23 |
| Internet Services | -599 |
| Utilities | -7634.01 |
| IT Services | -62.37 |
| Payroll (ACH) | -1858.65 |
| Payroll (ACH) | -1052.59 |
| Powder | -2457.16 |
| Powder | -452.8 |
| Powder | -157.5 |
| Powder | -1807.5 |
| Fuel | -249.26 |
| Utilities | -93.09 |
| Utilities | -146.56 |
| Payroll Services | -349.12 |
| Utilities | -1646.41 |

| | |
|---|---|
| Insurance | -749.97 |
| | |
| Powder | -3192.5 |
| Shipping Supplies | -665.9 |
| Accounting Services | -5250 |
| Payroll (ACH) | -1299.95 |
| Payroll (ACH) | -1847.58 |
| IT Services | -492.23 |
| IT Services | -55.64 |
| Powder | -160.5 |
| Payroll Services | -212.76 |
| | |
| Powder | -750.03 |
| City of Oxnard Fire Department Fee by Money Order | -2663 |
| Shipping Supplies | -729.33 |
| Telemarketing Services | -1047.5 |
| | |
| Powder | -148 |
| Water Supplies | -568.74 |
| Shop Supplies | -221.46 |
| Fuel | -754.13 |
| Payroll Taxes | -1075.91 |
| | |
| Powder | -1645 |
| Payroll Services | -349.12 |
| | |
| Maintenance | -555.8 |
| Powder | -148 |
| Payroll Services | -497.25 |
| | |
| Shop Supplies | -565.77 |
| Powder | -1720 |

| | |
|---|---|
| Payroll Taxes | -519.19 |
| Payroll Taxes | -2877.22 |
| Powder | -1972.5 |
| Payroll Services | -212.76 |

# Unpaid Bills Report
## Applied Powdercoat LLC
### As of July 31, 2025

| | Date | Transaction type | Num | Due date | Past due | Amount | Open balance |
|---|---|---|---|---|---|---|---|
| Amerigas | | | | | | | |
| | 06/06/2025 | Bill | 3178197661 | 08/05/2025 | 16 | 168.04 | 168.04 |
| **Total for Amerigas** | | | | | | **$168.04** | **$168.04** |
| Anthem Blue Cross | | | | | | | |
| | 07/09/2025 | Bill | 0202507800360 | 08/01/2025 | 20 | 1,339.23 | 1,339.23 |
| **Total for Anthem Blue Cross** | | | | | | **$1,339.23** | **$1,339.23** |
| Axalta Coating Systems LLC | | | | | | | |
| | 06/10/2025 | Bill | 9501591821 | 07/21/2025 | 31 | 445.20 | 445.20 |
| | 06/17/2025 | Bill | 9501603358 | 07/27/2025 | 25 | 222.20 | 222.20 |
| | 06/17/2025 | Bill | 9501605499 | 07/28/2025 | 24 | 2,294.60 | 2,294.60 |
| | 06/20/2025 | Bill | 9501615361 | 08/03/2025 | 18 | 371.00 | 371.00 |
| | 06/23/2025 | Bill | 9501617446 | 08/04/2025 | 17 | 686.40 | 686.40 |
| | 06/27/2025 | Bill | 9501622033 | 08/08/2025 | 13 | 286.55 | 286.55 |
| **Total for Axalta Coating Systems LLC** | | | | | | **$4,305.95** | **$4,305.95** |
| California Internet, LP DBA GeoLinks | | | | | | | |
| | 07/09/2025 | Bill | BD0249509 | 08/01/2025 | 20 | 599.00 | 599.00 |
| **Total for California Internet, LP DBA GeoLinks** | | | | | | **$599.00** | **$599.00** |
| Cardinal Paint and Powder | | | | | | | |
| | 07/09/2025 | Bill | I250052916 | 08/08/2025 | 13 | 2,365.00 | 2,365.00 |
| **Total for Cardinal Paint and Powder** | | | | | | **$2,365.00** | **$2,365.00** |
| City of Oxnard | | | | | | | |
| | 07/09/2025 | Bill | F1C-7E9-0E45 | 07/30/2025 | 22 | 25.00 | 25.00 |
| **Total for City of Oxnard** | | | | | | **$25.00** | **$25.00** |
| Connor's Landscape | | | | | | | |
| | 07/15/2025 | Bill | 18672 | 08/14/2025 | 7 | 365.00 | 365.00 |
| **Total for Connor's Landscape** | | | | | | **$365.00** | **$365.00** |
| Employnet | | | | | | | |
| | 06/06/2025 | Bill | 933815 | 06/26/2025 | 56 | 1,110.18 | 1,110.18 |
| | 06/17/2025 | Bill | 934422 | 07/03/2025 | 49 | 1,840.87 | 1,840.87 |
| | 06/20/2025 | Bill | 935394 | 07/10/2025 | 42 | 590.69 | 590.69 |
| **Total for Employnet** | | | | | | **$3,541.74** | **$3,541.74** |
| Fame Systems  Inc | | | | | | | |
| | 07/09/2025 | Bill | 41294 | 07/31/2025 | 21 | 550.00 | 550.00 |
| **Total for Fame Systems  Inc** | | | | | | **$550.00** | **$550.00** |

**Unpaid Bills Report**
**Applied Powdercoat LLC**
As of July 31, 2025

| | Date | Transaction type | Num | Due date | Past due | Amount | Open balance |
|---|---|---|---|---|---|---|---|
| Hanson Lab Solutions | | | | | | | |
| | 07/09/2025 | Bill | 113860 | 07/30/2025 | 22 | 1,720.00 | 1,720.00 |
| **Total for Hanson Lab Solutions** | | | | | | **$1,720.00** | **$1,720.00** |
| McMaster-Carr Supply Co | | | | | | | |
| | 07/25/2025 | Bill | 49299257 | 08/24/2025 | -3 | 222.55 | 222.55 |
| **Total for McMaster-Carr Supply Co** | | | | | | **$222.55** | **$222.55** |
| Miller Gasket | | | | | | | |
| | 07/29/2025 | Bill | 0210154 | 08/27/2025 | -6 | 207.50 | 207.50 |
| **Total for Miller Gasket** | | | | | | **$207.50** | **$207.50** |
| Orkin | | | | | | | |
| | 06/17/2025 | Bill | 278720638 | 07/12/2025 | 40 | 222.00 | 222.00 |
| | 07/30/2025 | Bill | 280186623 | 08/28/2025 | -7 | 222.00 | 222.00 |
| **Total for Orkin** | | | | | | **$444.00** | **$444.00** |
| Paychex | | | | | | | |
| | 06/09/2025 | Bill | 10086856 | 06/20/2025 | 62 | 165.75 | 165.75 |
| | 06/27/2025 | Bill | 2025062600 | 07/10/2025 | 42 | 1,988.55 | 1,988.55 |
| **Total for Paychex** | | | | | | **$2,154.30** | **$2,154.30** |
| Quatrro Business Support Services | | | | | | | |
| | 06/30/2025 | Bill | 413468 | 07/30/2025 | 22 | 5,250.00 | 5,250.00 |
| | 07/31/2025 | Bill | INV-413988 | 08/30/2025 | -9 | 5,250.00 | 5,250.00 |
| **Total for Quatrro Business Support Services** | | | | | | **$10,500.00** | **$10,500.00** |
| So Cal Edison | | | | | | | |
| | 06/17/2025 | Bill | | 07/03/2025 | 49 | 6,747.39 | 6,747.39 |
| **Total for So Cal Edison** | | | | | | **$6,747.39** | **$6,747.39** |
| So Cal Gas Company | | | | | | | |
| | 06/19/2025 | Bill | | 07/10/2025 | 42 | 6,703.00 | 6,703.00 |
| | 07/15/2025 | Bill | | 08/05/2025 | 16 | 4,736.78 | 4,736.78 |
| **Total for So Cal Gas Company** | | | | | | **$11,439.78** | **$11,439.78** |
| TCI Powder Coatings | | | | | | | |
| | 07/31/2025 | Bill | 400243020 | 08/28/2025 | -7 | 600.60 | 600.60 |
| **Total for TCI Powder Coatings** | | | | | | **$600.60** | **$600.60** |
| T-Mobile | | | | | | | |
| | 07/09/2025 | Bill | 265048481-30 | 07/22/2025 | 30 | 290.33 | 290.33 |
| **Total for T-Mobile** | | | | | | **$290.33** | **$290.33** |

### Unpaid Bills Report
**Applied Powdercoat LLC**
As of July 31, 2025

UPS

| Date | Transaction type | Num | Due date | Past due | Amount | Open balance |
|---|---|---|---|---|---|---|
| 06/10/2025 | Bill | 7731235 | 06/16/2025 | 66 | 42.08 | 42.08 |
| 06/17/2025 | Bill | 7731245 | 06/23/2025 | 59 | 20.05 | 20.05 |
| 06/23/2025 | Bill | 7731255 | 06/30/2025 | 52 | 21.42 | 21.42 |
| 06/30/2025 | Bill | 7731265 | 07/07/2025 | 45 | 46.96 | 46.96 |
| 07/09/2025 | Bill | 7731275 | 07/14/2025 | 38 | 23.68 | 23.68 |
| 07/14/2025 | Bill | 7731285 | 07/21/2025 | 31 | 23.81 | 23.81 |
| 07/21/2025 | Bill | 7731295 | 07/28/2025 | 24 | 26.34 | 26.34 |
| 07/28/2025 | Bill | 7731305 | 08/04/2025 | 17 | 24.03 | 24.03 |
| **Total for UPS** | | | | | **$228.37** | **$228.37** |
| **TOTAL** | | | | | **$47,813.78** | **$47,813.78** |

Accrual Basis Thursday, August 21, 2025 12:06 AM GMTZ

# A/R Aging Summary Report
## Applied Powdercoat LLC
### As of July 31, 2025

| Customer | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| 360 Systems | 275.00 | | | | | 275.00 |
| Adams Maxwell | 463.50 | | | | | 463.50 |
| ADJ Finishing Inc. | | 250.00 | | | | 250.00 |
| Advanced Metal MFG, Inc | 8,649.15 | 286.00 | | | | 8,935.15 |
| Alco Metal Fab | 75.00 | | | | | 75.00 |
| Ameron International | 7,814.56 | | | | | 7,814.56 |
| Anderson Systems | | 1,716.00 | | | | 1,716.00 |
| Anthony International | 7,252.32 | | | | | 7,252.32 |
| Apollo Enclosures | 1,797.55 | | | | | 1,797.55 |
| Automotive Performance | 627.50 | 550.00 | | | | 1,177.50 |
| Barnett Tool & Engineering, Inc | 3,225.00 | | 1,950.00 | | | 5,175.00 |
| Becker Automotive Designs, Inc. | 1,250.00 | | | | | 1,250.00 |
| Brad Richardson | 200.00 | | | | | 200.00 |
| Cash | | | | | | |
|    Oscar Guevara | | | 281.32 | | | 281.32 |
|    Tim Shuck | 225.06 | | | | | 225.06 |
| **Total for Cash** | **225.06** | **0.00** | **281.32** | **0.00** | **0.00** | **$506.38** |
| Computer Metal Products | 23,684.10 | | | | | 23,684.10 |
| Conway Electric, LLC | 736.00 | 822.40 | | | | 1,558.40 |
| Cover Technologies, Inc. | 2,633.44 | | | | | 2,633.44 |
| Custom Curb | 1,105.00 | | | | | 1,105.00 |
| D&A Metal Fabrication Inc. | 3,500.00 | | | | | 3,500.00 |
| David Engineering | 4,543.00 | 225.00 | | | | 4,768.00 |
| Diamond Ground | 600.00 | | | | | 600.00 |
| Force Fabrication | 200.00 | | | | | 200.00 |
| Gen-Right | 580.00 | | | | | 580.00 |
| Haas Automation | 1,354.00 | | | | | 1,354.00 |
| Hanson Lab Solutions, LLC | 1,050.00 | 6,650.00 | | | | 7,700.00 |
| Hypertech | | 425.00 | | | | 425.00 |
| JMG Specialties, Inc. | 6,686.00 | 1,920.00 | | | | 8,606.00 |
| Magnuson | 2,756.25 | | | | | 2,756.25 |
| Modern Space | | | 300.00 | | | 300.00 |
| National Metal Stamping, Inc. | 1,730.00 | | | | | 1,730.00 |
| Neighborhood Car Care | | | | | -62.64 | -62.64 |
| Oxnard Precision Fabrications | 1,865.50 | 200.00 | | | | 2,065.50 |
| Rapid Manufacturing Inc | 340.00 | | | | | 340.00 |
| R&S Manufacturing and Sales Co, Inc. | 4,590.00 | 3,455.50 | | | -200.00 | 7,845.50 |
| R&S Manufacturing and Sales Co., Inc. | | | | | -550.00 | -550.00 |
| Sessa Mfg. | 9,558.75 | 7,869.00 | | | | 17,427.75 |

| | | | | | |
|---|---|---|---|---|---|
| Sheetmetal Engineering | 265.00 | | | | 265.00 |
| Tekmar | 1,266.50 | | | | 1,266.50 |
| Vinyl Concepts | 828.00 | | | | 828.00 |
| VTS Sheetmetal | 4,664.80 | | | | 4,664.80 |
| Will-Mann, Inc. | 275.00 | 688.00 | | | 963.00 |
| **TOTAL** | **106,665.98** | **25,056.90** | **2,531.32** | **0.00** | **-812.64** | **$133,441.56** |

Accrual Basis Thursday, August 21, 2025 12:00 AM GMTZ

**APPLIED POWDERCOAT LLC**                                                    **7/31/25**

**Insurance Coverage**

| Carrier | Coverage | Expiration Date | Paid Thru Date |
|---|---|---|---|
| The Hartford - Policy 72SBA BH4UZY | General Liability/Umbrella | 8/5/26 | 8/8/25 |
| Employers Preferred - Policy EIG5283807-01 | Workers Comp | 8/5/26 | 8/6/25 |
| Kemper - Policy 50012907801 | Automobile | 8/5/26 | 8/6/25 |

| Applied IS Summary | Jul-25 |
|---|---|
| **Revenue** | |
| Sales | 148,327 |
| **Total Revenue** | **148,327** |
| | |
| Direct Labor | 46,123 |
| Utilities | 13,562 |
| Raw Materials | 7,318 |
| Postage and Shippings | 1,124 |
| Outside Labor | - |
| Repairs and Maintenance | - |
| Equipment Rental | 473 |
| Shop Supplies & Small Tools | 2,187 |
| **Total Cost of Revenue** | **70,786** |
| **Gross Profit** | **77,541** |
| **Gross Profit %** | **52.3%** |
| | |
| Indirect Payroll | 25,854 |
| Professional & Legal Fees | 6,272 |
| Rent | 24,865 |
| Advertising and Marketing Expenses | 1,048 |
| Office Expenses | 1,111 |
| Auto & Fuel | 1,003 |
| Insurance | 3,962 |
| **Total Operating Expenses** | **64,115** |
| **Operating Income** | **13,426** |
| | |
| Other Expense / (Income) | 95 |
| Interest Expense / (Income) | 12,465 |
| Depreciation | 3,611 |
| Amortization | 9,960 |
| Tax | 197 |
| **Total Other Expense/(Income)** | **26,328** |
| **Net Income** | **(12,902)** |
| | |
| **(+) Adjustments to EBITDA** | |
| Amortization | 9,960 |
| Depreciation | 3,611 |
| Interest Expense / (Income) | 12,465 |
| Tax | 197 |
| Rent | - |
| | |
| **Total Positive Adjustments** | **26,233** |
| | |
| **(-) Adjustments to EBITDA** | |
| Other Expense / (Income) | - |

| | |
|---|---|
| **Total Negative Adjustments** | **-** |
| **Adjusted EBITDA** | **13,331** |
| **Adjusted EBITDA %** | **9.0%** |
| Check #1 | - |
| Check #2 | - |

| Applied BS Summary | Jul-25 |
|---|---|
| **Assets** | |
| Cash & Cash Equivalents | 111,497 |
| Accounts Receivable | 133,518 |
| Inventories | 53,221 |
| Prepaid Expenses | 7,420 |
| Other Current Assets | 118,109 |
| **Total Current Assets** | **423,765** |
| Fixed Assets, NET | 136,009 |
| Intangible Assets, NET | 780,247 |
| Total Other Assets | 14,755 |
| **Total Non current Assets** | **931,011** |
| | |
| **Total Assets** | **1,354,776** |
| | |
| **Liabilities** | |
| Accounts Payable | 354,497 |
| Accrued Expenses | - |
| Payroll Liabilities | 64,603 |
| Credit Card Liabilities | - |
| Other Current Liabilities | 141,075 |
| **Total Current Liabilities** | **560,176** |
| Other Liabilities | - |
| Revolver | - |
| Term Loan | 1,714,139 |
| **Total Non current Liabilities** | **1,714,139** |
| | |
| **Total Liabilities** | **2,274,314** |
| | |
| **Equity Account** | |
| Equity | 233,849 |
| Retained Earnings | (1,153,387) |
| **Total Shareholders Equity** | **(919,538)** |
| | |
| **Total Liabilities & Shareholders Equity** | **1,354,776** |
| | |
| Check | - |

| | | Bank Reconciliation | | | Prepared By : | | Shaina Jain |
|---|---|---|---|---|---|---|---|
| | | | | | Reviewed By : | | |
| | | | | | Review Date : | | |
| | | | | | Period End Date : | | 31-Jul-25 |

**Customer Name: APL (TAG)**
**Account Code: 1010 Chase Checking - 7863**    Date: 31-Jul-25
**Account Name: 1010 Chase Checking - 7863**    **Reconciliation Period**
**Account Description: #7863- CHECKING**    **01 July 2025 To 31 July 2025**

| Bank Reconciliation Summary | | | Amount | |
|---|---|---|---|---|
| Balance as per Bank Statement as on 07/31/2025 | | | $ | 103,794.93 |
| Add: Outstanding Deposits (Annexure-I) | | | $ | - |
| Less: Outstanding Checks (Annexure-II) | | | $ | - |
| Add: Other Items: List of Amount debited by bank not in GL (Annexure-III) | | | $ | - |
| Less: Other Items: List of Amount credited in bank not in GL (Annexure-IV) | | | $ | - |
| GL Adjustment/Reversal (Annexure-V) | | | $ | - |
| Balance as per General Ledger as on 07/31/2025 | | | $ | 103,794.93 |
| Difference (SHOULD BE ZERO) | | Opening Bal Diff Jan'23 | $ | - |

**OUTSTANDING DEPOSITS (Annexure-I)**

| Sr. No. | Trxn Date | Description | Reference / Store # | Amount | Remarks / JE # | Days Outstanding |
|---|---|---|---|---|---|---|
| 1 | | | | $ - | | |
| | | | Total : | $ - | | |

**OUTSTANDING CHECKS (Annexure-II)  In QuickBooks but not in Bank**

| S. No | Trxn Date | Description | Reference / Store # | Amount | Remarks / JE # | Days Outstanding |
|---|---|---|---|---|---|---|
| 1 | 06/05/2025 | ORIG CO NAME:GTSTRADE 5952 ORIG ID:XXXXXX6470 DESC DATE:JUN 05 CO ENTRY DESCR:EDI PAYMNTSEC:CCD TRACE#:XXXXXXXX1129185 EED:250605 IND ID:XXXXXX9082 IND NAME:AER OSPACE TECHNICAL ME TRN: XXXXXX9185 TC | | 634.66 | | |
| 2 | | Eaton Aerospace | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| | | | Total : | $ (634.66) | | |

**Bank Open Items: List of Amount debited by bank not in GL (Annexure-III)**

| S. No | Trxn Date | Description | Reference / Store # | Amount | Remarks / GL Code | Days Outstanding |
|---|---|---|---|---|---|---|
| | | | Total : | $ - | | |

**Bank Open Items: List of Amount credited in bank not in GL (Annexure-IV)**

| S. No | Trxn Date | Description | Reference / Store # | Amount | Remarks / GL Code | Days Outstanding |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | Total : | $ - | | |

**GL Adjustment/Reversal (Annexure-V)**

| S. No | Trxn Date | Description | Reference / Store # | Amount | Remarks / GL Code | Days Outstanding |
|---|---|---|---|---|---|---|
| 1 | | Balance from previous Months/ Years | | $ 23,720.49 | | |
| | | | Total : | $ 23,720.49 | | |

# CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2025 through July 31, 2025

**Account Number:** 8

## Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000192 WBS 703 081 21325 NNNNNNNNNNNN 1 000000000 C1 0000

APPLIED POWDERCOAT, LLC
DEBTOR IN POSSESSION
3101 CAMINO DEL SOL
OXNARD CA 93030-8999

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $25,964.16 |  |
| Deposits and Credits | 24 | $177,100.20 |  |
| Withdrawals and Debits | 46 | $53,123.44 |  |
| Checks Paid | 33 | $46,145.99 |  |
| **Ending Ledger Balance** |  | **$103,794.93** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/01 | Orig CO Name:R&S Manufacturin     Orig ID:9215986202 Desc Date:062625 CO Entry Descr:Bill_Pay  Sec:CCD    Trace#:021000020404794 Eed:250701 Ind ID:R&S Manufacturi        Ind Name:Applied Powdercoat Trn: 1810404794Tc | $1,023.83 |
| 07/02 | Orig CO Name:Company of Motio     Orig ID:1204895317 Desc Date: CO Entry Descr:Bill.Com  Sec:CCD    Trace#:021000021373966 Eed:250702 Ind ID:015Aokkjqojzgdq        Ind Name:Applied Powdercoat, Ll Company of Motion, LLC Bill.Com 015 Aokkjqojzgdq Multiple Invoices Trn: 1821373966Tc | 1,613.00 |
| 07/03 | Deposit    2132435657 | 13,583.40 |
| 07/03 | Orig CO Name:David Engineerin     Orig ID:1412127327 Desc Date:250703 CO Entry Descr:ACH 5482 Sec:CCD    Trace#:322285785103429 Eed:250703  Ind ID:        Ind Name:Applied Powdercoat LLC 8000215482 Trn: 1835103429Tc | 225.00 |
| 07/07 | Orig CO Name:Magnuson Product     Orig ID:9200502235 Desc Date:250707 CO Entry Descr:ACH Pmt  Sec:CCD Trace#:021000023115344 Eed:250707   Trace#:11178964391        Ind Name:Applied Powder Coat    194750, 194751, 194752 Trn: 1843115344Tc | 2,225.00 |
| 07/09 | Deposit    1272707077 | 12,828.41 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



July 01, 2025 through July 31, 2025

**Account Number:**                8

## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 07/10 | Orig CO Name:Cover Technologi       Orig ID:9186939000 Desc Date:       CO Entry Descr:194735    Sec:CCD    Trace#:074920903365028 Eed:250710 Ind ID:              Ind Name:Applied Powdercoat LLC    Cover Technologies Inc Paying Bill  194735 Via Ramp Tm: 1903365028Tc | 2,386.53 |
| 07/10 | Orig CO Name:David Engineerin       Orig ID:1412127327 Desc Date:250710 CO Entry Descr:ACH 5482 Sec:CCD    Trace#:322285783365026 Eed:250710   Ind ID:              Ind Name:Applied Powdercoat LLC 8000215482 Tm: 1903365026Tc | 710.50 |
| 07/11 | Deposit      1272707094 | 24,457.72 |
| 07/14 | Book Transfer Credit B/O: Apollo Enclosures, LLC Moorpark CA 93021-7100 US Ref: Apollo PO 2914 Tm: 3008205195Es YOUR REF:  BOH OF 25/07/14 | 765.05 |
| 07/14 | Orig CO Name:Magnuson Product       Orig ID:9200502235 Desc Date:250714 CO Entry Descr:ACH Pmt  Sec:CCD Trace#:021000025551558 Eed:250714  Ind ID:11179860539              Ind Name:Applied Powder Coat       194823, 194826, 194824, 194822, 194 825, 194870 Tm: 1925551558Tc | 4,711.25 |
| 07/16 | Orig CO Name:R&S Manufacturin       Orig ID:9215986202 Desc Date:071125 CO Entry Descr:Bill_Pay Sec:CCD    Trace#:021000026434804 Eed:250716 Ind ID:R&S Manufacturi       Ind Name:Applied Powdercoat Tm: 1966434804Tc | 4,616.15 |
| 07/16 | Orig CO Name:Magnuson Product       Orig ID:9200502235 Desc Date:250716 CO Entry Descr:ACH Pmt  Sec:CCD Trace#:021000026434801 Eed:250716  Ind ID:11180192343              Ind Name:Applied Powder Coat       194896, 194901, 194898, 194899, 194 900 Tm: 1966434801Tc | 3,573.50 |
| 07/17 | Orig CO Name:David Engineerin       Orig ID:1412127327 Desc Date:250717 CO Entry Descr:ACH 5482 Sec:CCD    Trace#:322285788630249 Eed:250717   Ind ID:              Ind Name:Applied Powdercoat LLC 8000215482 Tm: 1978630249Tc | 3,292.25 |
| 07/18 | Deposit      1272707078 | 14,662.45 |
| 07/24 | Orig CO Name:David Engineerin       Orig ID:1412127327 Desc Date:250724 CO Entry Descr:ACH 5482 Sec:CCD    Trace#:322285782220869 Eed:250724   Ind ID:              Ind Name:Applied Powdercoat LLC 8000215482 Tm: 2042220869Tc | 755.00 |
| 07/25 | Book Transfer Credit B/O: Apollo Enclosures, LLC Moorpark CA 93021-7100 US Ref: 194798, PO 2922 Tm: 3084675206Es YOUR REF:  BOH OF 25/07/25 | 1,020.20 |
| 07/25 | Deposit      1272707079 | 27,413.95 |
| 07/28 | Orig CO Name:Arcosa Ameron       Orig ID:2825339416 Desc Date:       CO Entry Descr:EDI Pymntssec:CCD    Trace#:091000010750925 Eed:250728 Ind ID:98622              Ind Name:Applied Powdercoat LLC EDI Tm: 2060750925Tc | 10,612.80 |
| 07/30 | Deposit      1272707080 | 40,948.17 |
| 07/31 | Orig CO Name:Cover Technologi       Orig ID:9186939000 Desc Date:       CO Entry Descr:194662    Sec:CCD    Trace#:074920905725779 Eed:250731 Ind ID:              Ind Name:Applied Powdercoat LLC    Cover Technologies Inc Paying Bill  194662 Via Ramp Tm: 2115725779Tc | 2,424.54 |
| 07/31 | Orig CO Name:Magnuson Product       Orig ID:9200502235 Desc Date:250731 CO Entry Descr:ACH Pmt  Sec:CCD Trace#:021000025725774 Eed:250731  Ind ID:11181958528              Ind Name:Applied Powder Coat       194897 194956 194951 194950 Trn: 2115725774Tc | 1,746.00 |
| 07/31 | Orig CO Name:David Engineerin       Orig ID:1412127327 Desc Date:250731 CO Entry Descr:ACH 5482 Sec:CCD    Trace#:322285785725777 Eed:250731   Ind ID:              Ind Name:Applied Powdercoat LLC 8000215482 Trn: 2115725777Tc | 907.50 |



July 01, 2025 through July 31, 2025

**Account Number:** 8

## Deposits and Credits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 07/31 | Orig CO Name:R&S Manufacturin      Orig ID:9215986202 Desc Date:072825 CO Entry Descr:Bill_Pay Sec:CCD    Trace#:021000025725782 Eed:250731 Ind ID:R&S Manufacturi        Ind Name:Applied Powdercoat Tm: 2115725782Tc | 598.00 |
| **Total** | | **$177,100.20** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/02 | Orig CO Name:Anthem Blue I01O        Orig ID:Cp35214571 Desc Date: CO Entry Descr:Corp Pymt Sec:CCD    Trace#:111000022419083 Eed:250702   Ind ID:FL00108188          Ind Name:Applied Powercoat Inc                                          EDI Payment Tm: 1822419083Tc | $1,339.23 |
| 07/02 | Orig CO Name:Paychex Cgs        Orig ID:1161124166 Desc Date:070225 CO Entry Descr:Garnish  Sec:CCD    Trace#:043000092419085 Eed:250702 Ind ID:Col0121416568        Ind Name:Applied Powdercoat LLC Tm: 1822419085Tc | 270.45 |
| 07/03 | Orig CO Name:Socalgas        Orig ID:6951240705 Desc Date:250702 CO Entry Descr:Paid Sogc Sec:Web    Trace#:111000026279374 Eed:250703 Ind ID:1126761179          Ind Name:301601474289412970 Tm: 1836279374Tc | 7,634.01 |
| 07/03 | Orig CO Name:Geolinks        Orig ID:1911718107 Desc Date:        CO Entry Descr:Geolinks Sec:PPD    Trace#:104000016279372 Eed:250703   Ind ID:M121107723881        Ind Name:Applied Powdercoat, LI Tm: 1836279372Tc | 599.00 |
| 07/07 | Same-Day ACH Payment 11179169813 To Tatiklungsang (_######0407) YOUR REF:  45831030162 | 1,052.59 |
| 07/07 | Same-Day ACH Payment 11179169884 To Jpdelrosario (_#####1262) YOUR REF:  45831032369 | 1,858.65 |
| 07/07 | Online ACH Payment 11179231962 To Pulseone (_######2509) YOUR REF:  45852091337 | 62.37 |
| 07/09 | Online ACH Payment 11179562343 To Cardinal (_####5846) YOUR REF:  45888561837 | 2,457.16 |
| 07/10 | Same-Day ACH Payment 11179657364 To Ifs (_#####6637) YOUR REF:  45894933572 | 157.50 |
| 07/10 | Online ACH Payment 11179765025 To Ifs (_#####6637) YOUR REF:  45907888426 | 452.80 |
| 07/11 | Orig CO Name:Oxnardutilonline      Orig ID:0000000160 Desc Date:250710 CO Entry Descr:Billpay  Sec:Web    Trace#:091000013914351 Eed:250711 Ind ID:Oxnard Utility      Ind Name:Applied Powdercoat  LI Billpay Tm: 1923914351Tc | 1,646.41 |
| 07/11 | Orig CO Name:Paychex-Hrs        Orig ID:2555124166 Desc Date:      CO Entry Descr:Hrs Pmt  Sec:CCD    Trace#:021000021619395 Eed:250711 Ind ID:49654536        Ind Name:Applied Powdercoat LI Tm: 1911619395Tc | 349.12 |
| 07/11 | Orig CO Name:Oxnardutilonline      Orig ID:0000000160 Desc Date:250710 CO Entry Descr:Billpay  Sec:Web    Trace#:091000013914352 Eed:250711 Ind ID:Oxnard Utility      Ind Name:Applied Powdercoat  LI Billpay Tm: 1923914352Tc | 146.56 |
| 07/11 | Orig CO Name:Oxnardutilonline      Orig ID:0000000160 Desc Date:250710 CO Entry Descr:Billpay  Sec:Web    Trace#:091000013914353 Eed:250711 Ind ID:Oxnard Utility      Ind Name:Applied Powdercoat  LI Billpay Tm: 1923914353Tc | 93.09 |
| 07/11 | Same-Day ACH Payment 11179855249 To Macvalley (_#####6773) YOUR REF:  45915032438 | 249.26 |

 **CHASE**

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 07/11 | Same-Day ACH Payment 11179856610 To Cardinal (_#####5846)<br>YOUR REF: 45915032523 | 1,807.50 |
| 07/15 | Orig CO Name:Kemper Auto        Orig ID:4750620550 Desc Date:250711<br>CO Entry Descr:Kemperautosec:Web    Trace#:062000012160605<br>Eed:250715  Ind ID:000000031661642        Ind Name:Osei Appiagyei<br>50012907801 Trn: 1952160605Tc | 749.97 |
| 07/16 | Same-Day ACH Payment 11180360294 To Quatrroinc (_########2264)<br>YOUR REF: 46007861278 | 5,250.00 |
| 07/16 | Online ACH Payment 11180390689 To Ernestpackaging (_#####5464)<br>YOUR REF: 46020153929 | 665.90 |
| 07/16 | Online ACH Payment 11180431598 To Cardinal (_#####5846)<br>YOUR REF: 46020153928 | 3,192.50 |
| 07/17 | Orig CO Name:Paychex Cgs        Orig ID:1161124166 Desc Date:071725<br>CO Entry Descr:Garnish  Sec:CCD    Trace#:043000099439148 Eed:250717<br>Ind ID:Col0121609299        Ind Name:Applied Powdercoat LLC Trn:<br>1979439148Tc | 212.76 |
| 07/17 | Same-Day ACH Payment 11180546808 To Ifs (_#####6637)<br>YOUR REF: 46026826254 | 160.50 |
| 07/17 | Same-Day ACH Payment 11180542863 To Pulseone (_######2509)<br>YOUR REF: 46026826359 | 55.64 |
| 07/17 | Same-Day ACH Payment 11180550355 To Pulseonecomm (_######8975)<br>YOUR REF: 46026825816 | 492.23 |
| 07/17 | Online ACH Payment 11180661673 To Jpdelrosario (_#####1262)<br>YOUR REF: 46039349902 | 1,847.58 |
| 07/17 | Online ACH Payment 11180652598 To Tatiklungsang (_#####0407)<br>YOUR REF: 46039348216 | 1,299.95 |
| 07/18 | Same-Day ACH Payment 11180726410 To Ifs (_#####6637)<br>YOUR REF: 46046356718 | 148.00 |
| 07/18 | Online International Wire Transfer A/C: Oversea Chinese Banking Corp Ltd<br>Singapore Singapore 52954-2 Sg Ref: Inv-0278 Consultancy Expenses Trn:<br>3466055199Es<br>YOUR REF:  ICM OF 25/07/18 | 1,047.50 |
| 07/18 | Online ACH Payment 11180743850 To Uline (_##2466)<br>YOUR REF: 46063273901 | 729.33 |
| 07/18 | Withdrawal | 2,663.00 |
| 07/18 | Online ACH Payment 11180787177 To Cardinal (_#####5846)<br>YOUR REF: 46063310248 | 750.03 |
| 07/23 | Orig CO Name:Employment Devel      Orig ID:2282533055 Desc<br>Date:072225 CO Entry Descr:Edd Eftpmtsec:CCD<br>Trace#:042000010421863 Eed:250723  Ind ID:14621408            Ind<br>Name:Applied Powdercoat LLC<br>Payment Trn: 2030421863Tc | 1,075.91 |
| 07/23 | Same-Day ACH Payment 11181142014 To Macvalley (_#####6773)<br>YOUR REF: 46136001178 | 754.13 |
| 07/23 | Online ACH Payment 11181155947 To Prudential (_#####5563)<br>YOUR REF: 46147249925 | 221.46 |
| 07/23 | Online ACH Payment 11181144986 To Puretec (_#####2087)<br>YOUR REF: 46147324438 | 568.74 |
| 07/24 | Orig CO Name:Payx Adjustment      Orig ID:1161124166 Desc Date:    CO<br>Entry Descr:Hrs Bill Sec:CCD    Trace#:021000022981049 Eed:250724  Ind<br>ID:Oy008Aliggn1Kep        Ind Name:Applied Powdercoat L Trn:<br>2042981049Tc | 349.12 |
| 07/24 | Same-Day ACH Payment 11181232701 To Cardinal (_#####5846)<br>YOUR REF: 46152588319 | 1,645.00 |
| 07/28 | Same-Day ACH Payment 11181607486 To Ifs (_#####6637)<br>YOUR REF: 46220559715 | 148.00 |



July 01, 2025 through July 31, 2025

**Account Number:** 8

## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 07/28 | Same-Day ACH Payment 11181607592 To Millergasket (_######9003) YOUR REF: 46220559650 | 555.80 |
| 07/29 | Same-Day ACH Payment 11181735905 To Hansonlabsolutions (_###3399) YOUR REF: 46245838488 | 1,720.00 |
| 07/29 | Same-Day ACH Payment 11181744385 To Integritymfs (_####1159) YOUR REF: 46245838477 | 565.77 |
| 07/29 | Orig CO Name:Payx Adjustment    Orig ID:1161124166 Desc Date:    CO Entry Descr:Hrs Time  Sec:CCD    Trace#:021000028221909 Eed:250729 Ind ID:Ixdauospyqjgwkf    Ind Name:Applied Powdercoat LLC Tm: 2098221909Tc | 497.25 |
| 07/30 | Orig CO Name:Irs    Orig ID:3387702000 Desc Date:073025 CO Entry Descr:Usataxpymtsec:CCD    Trace#:061036012233897 Eed:250730 Ind ID:270561151029026    Ind Name:Applied Powdercoat LLC Tm: 2112233897Tc | 2,877.22 |
| 07/30 | Orig CO Name:Irs    Orig ID:3387702000 Desc Date:073025 CO Entry Descr:Usataxpymtsec:CCD    Trace#:061036011776832 Eed:250730 Ind ID:270561162345345    Ind Name:Applied Powdercoat LLC Tm: 2101776832Tc | 519.19 |
| 07/31 | Orig CO Name:Paychex Cgs    Orig ID:1161124166 Desc Date:073125 CO Entry Descr:Garnish  Sec:CCD    Trace#:043000096753981 Eed:250731 Ind ID:Col0121803823    Ind Name:Applied Powdercoat LLC Tm: 2116753981Tc | 212.76 |
| 07/31 | Same-Day ACH Payment 11182208286 To Cardinal (_####5846) YOUR REF: 46284915335 | 1,972.50 |
| **Total** | | **$53,123.44** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 10022 | 07/07 | $1,271.07 | 10033 | 07/02 | $954.04 | 10046 | 07/18 | $1,258.16 |
| 10023 | 07/08 | $725.70 | 10034 | 07/08 | $1,049.55 | 10047 | 07/18 | $1,188.76 |
| 10024 | 07/03 | $1,250.63 | 10035 | 07/03 | $922.00 | 10049* | 07/18 | $601.19 |
| 10025 | 07/03 | $1,537.56 | 10036 | 07/07 | $850.23 | 10050 | 07/18 | $1,123.50 |
| 10026 | 07/03 | $1,818.19 | 10037 | 07/03 | $1,681.73 | 10051 | 07/21 | $788.83 |
| 10027 | 07/03 | $1,254.08 | 10038 | 07/09 | $3,782.16 | 10052 | 07/21 | $1,050.35 |
| 10028 | 07/03 | $1,153.20 | 10041* | 07/21 | $1,234.76 | 10053 | 07/18 | $1,056.02 |
| 10029 | 07/08 | $675.80 | 10042 | 07/22 | $1,029.93 | 10054 | 07/21 | $873.48 |
| 10030 | 07/08 | $1,492.69 | 10043 | 07/21 | $1,278.41 | 10055 | 07/22 | $1,681.74 |
| 10031 | 07/07 | $596.84 | 10044 | 07/21 | $1,514.72 | 10056 | 07/18 | $3,782.15 |
| 10032 | 07/08 | $1,127.29 | 10045 | 07/18 | $1,759.07 | 10074* | 07/31 | $3,782.16 |

| **Total** | **33 check(s)** | | | | | | | **$46,145.99** |

\* indicates gap in sequence

## Daily Balance

| Date | | Ledger Balance | Date | | Ledger Balance |
|---|---|---|---|---|---|
| 07/01 | | $26,987.99 | 07/17 | | $45,730.26 |
| 07/02 | | $26,037.27 | 07/18 | | $44,286.00 |
| 07/03 | | $21,995.27 | 07/21 | | $37,545.45 |
| 07/07 | | $18,528.52 | 07/22 | | $34,833.78 |
| 07/08 | | $13,457.49 | 07/23 | | $32,213.54 |
| 07/09 | | $20,046.58 | 07/24 | | $30,974.42 |
| 07/10 | | $22,533.31 | 07/25 | | $59,408.57 |
| 07/14 | | $42,699.09 | 07/28 | | $69,317.57 |
| 07/15 | | $48,175.39 | 07/29 | | $66,534.55 |
| 07/16 | | $47,425.42 | 07/30 | | $104,086.31 |
| | | $46,506.67 | 07/31 | | $103,794.93 |

**CHASE** ⬡

July 01, 2025 through July 31, 2025

**Account Number:**                    8

Your service charges, fees and earnings credit have been calculated through account analysis.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT FOR SMALL BUSINESS UNDER CHAPTER 11** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 28, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Attorneys for Debtor Applied Powdercoat, LLC:  **Derrick Talerico**:  dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Subchapter V Trustee:  **John-Patrick McGinnis Fritz (TR)**:  jpftrustee@lnbyg.com; jpftrustesolutions.net
- Courtesy Notice/Interested Party:  **Joseph Boufadel**: jboufadel@salvatoboufadel.com; gsalvato@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- Courtesy Notice/Interested Party:  **John D Faucher**: j.d.faucher@faucherlaw.com; faucherecf@gmail.com; johnd.b113858@notify.bestcase.com; p.askren@faucherlaw.com
- Attorneys for Creditor Employnet, Inc.:  **Nicolino Iezza**:  niezza@spiwakandiezza.com
- Attorneys for Interested Party First Bank of the Lake:  **Bernard J Kornberg**:  bernie.kornberg@millernash.com; edgar.rosales@millernash.com
- United States Trustee (ND):  ustpregion16.nd.ecf@usdoj.gov; **Brian D Fittipaldi**:  brian.fittipaldi@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to the Courtroom Policies and Procedures of the Honorable Ronald A. Clifford III, Judge's copies are not required.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 28, 2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.