Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtor and Debtor in Possession,
APPLIED POWDERCOAT, LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 9:25-bk-10762-RC |
| APPLIED POWDERCOAT, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | Subchapter V |
| | **DEBTOR'S NOTICE OF MOTION AND MOTION TO EXTEND THE TIME TO FILE A PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1189(b); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| | [No Hearing Required Unless Requested or Set by the Court Pursuant to Local Bankruptcy Rule 9013-1(o)] |
| | Judge: Hon. Ronald Clifford III |

Case 9:25-bk-10762-RC    Doc 51    Filed 09/04/25    Entered 09/04/25 23:40:49    Desc
Main Document    Page 2 of 11

APPLIED POWDERCOAT, LLC, a California limited liability company, the Chapter 11 debtor and debtor in possession (the "Debtor" or "Applied"), in the above-captioned Chapter 11 Subchapter V bankruptcy case (the "Case"), hereby submits this motion (the "Motion") for entry of an order extending the deadline set forth in Section 1189(b) of chapter 11 of title 11 of the United States Code §§ 101, *et seq.* (the "Bankruptcy Code") [1], for the Debtor to file its subchapter V bankruptcy plan for 60 days, from September 4, 2025 to and including November 3, 2025.

The Debtor's primary purpose in filing this Case has been to streamline its operations to achieve short-term profitability and position itself for growth in emerging specialized industry segments in the future. The principal weight on Debtor's current operations is the cost of its lease and attendant expenses. The Debtor's business is sound, but overhead is not in-line with current operations. The Debtor has more floor-space than it needs and can maintain its current operations in half the square footage of its current facility.

The Debtor has determined that it is in the best interests of the Case, its creditors and the estate to relocate the Debtor's business operations to a smaller, less expensive location. The Debtor has spent the significant part of the ninety-day period afforded by 11 U.S.C. §1189(b) to survey potential sites for its business operations, view and inspect the potential sites and open discussions with the lessors of the prospective locations to negotiate a new lease agreement.

As of the September 4, 2025 plan filing deadline, the Debtor is not in a position to formulate its subchapter V small business plan.  Without knowing which of the prospective locations will be the eventual new site of its operations, the Debtor cannot determine what its expenses will be - the costs of rent at the new location, the expenses that will be incurred for moving and installing the Debtor's equipment, and whether some of the equipment at its current location cannot be moved, which would require the Debtor to purchase and install replacement equipment at the new location.

Based upon the foregoing, and for the other reasons set forth in the Memorandum of Points and Authorities, and the Declaration of Osei Appiagyei ("Appiagyei Declaration"), the Debtor submits that "cause" exists for the Motion to be granted and for the deadline to file its subchapter

---

[1] Unless otherwise stated, all Section references herein are to the Bankruptcy Code.

-2-
NOTICE OF MOTION AND MOTION TO EXTEND TIME TO FILE A PLAN

1 V plan to be extended.

2 **PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(o)(1)), any response and request for a hearing on this Motion must be filed with the Court and served on the Office of the United States Trustee, the Subchapter V Trustee in the Debtor's bankruptcy case, and the Debtor's counsel within fourteen (14) days after the date of service of this Notice, plus three (3) additional days if served by mail, electronically, or pursuant to Rule 5(b)(2)(D), (E), or (F) of the Federal Rules of Civil Procedure and Rule 9006 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(h) and 9013-1(o), the failure to file and serve a timely response to this Motion may be deemed by the Court to be consent to the granting of the relief requested in this Motion, and, if no objection is filed, an order may be entered granting the Motion without further notice or hearing.

Dated: September 4, 2025         **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By: */s/ Derrick Talerico*
    Derrick Talerico
    General Bankruptcy Counsel for
    Chapter 11 Debtor and Debtor in Possession
    APPLIED POWDERCOAT, LLC

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATEMENT OF FACTS

### A. General Case Background

On June 6, 2025 (the "Petition Date"), the Debtor filed a voluntary chapter 11 petition under title 11 of the Bankruptcy Code. The Debtor is a "debtor" as defined by Section 1182(1) of Subchapter V of Chapter 11 of the Bankruptcy Code and elected Subchapter V on its bankruptcy petition.

Since the commencement of the Case, the Debtor continues to manage its financial affairs, operate its business and administer its bankruptcy estate as a debtor in possession pursuant to §§ 1182(2) and 1184. John-Patrick Fritz has been appointed as the Subchapter V Trustee in the Case. No other trustee, examiner or committee has been appointed in the Case.

### B. Events Leading to the Commencement of the Case and Current Exit Strategy

The Debtor is a powdercoat application business operating out of a 30,000 square foot facility in Oxnard, California. Powdercoating is a dry metal finishing process using finely ground particles of plastic resins, color pigments and special cross linking agents which, once cured, cause the plastic resins to become very hard and extremely durable. Powdercoating is the leading alternative to conventional liquid spray painting.

The Debtor has determined that its best way forward is to streamline its operations by moving to a smaller location, thereby reducing its biggest expense – rent. Even with the costs associated with a move to a smaller location, the reduced rent will enable the Debtor to continue as a going concern. The Debtor cannot be profitable with its current rent expense. To that end, the Debtor has surveyed various potential locations that could accommodate the Debtor's specialized power, water and gas needs, conducting on-site inspections of potential locations and contacting the lessors to discuss the terms of a lease of the potential locations.

While exploring a relocation to a new city approximately 45 minutes from Oxnard, the Debtor received negative feedback from staff and customers on this potential move. If the Debtor moved out of Oxnard, it would lose a material number of employees and lose a meaningful amount of clients who rely on the convenience of the Oxnard location. Debtor has now located a preferred

facility in Oxnard and is negotiating with one landlord in particular for lease terms. Debtor is engaged in detailed discussions with the manufacturer of its conveyor equipment to determine the viability of moving these large and specialized systems versus acquiring new systems. At this time, Debtor does not have a clear enough understanding of the costs for these various options to put together reliable plan projections.

Given the short period of time under 11 U.S.C. § 1189(b) within which the Debtor has to file its subchapter V plan, the Debtor now finds itself at the end of the 90 day period after the Petition Date in the midst of the process to of negotiating a new lease, and determining the costs for moving and installing its equipment at the new facility. Debtor is not yet able to create reliable financial projections necessary to formulate a plan of reorganization.

The request to extend the plan deadline by sixty (60) days should provide the Debtor with sufficient time to negotiate a new lease, determine how best to set up operations at the new location and the cost to execute on these plans. The Debtor will then be able to prepare reliable financial projections and formulate its subchapter V plan.

## II. LEGAL ARGUMENT

Section 1189 of the Bankruptcy Code provides that:

> (a) Who May File a Plan. –
>
> Only the debtor may file a plan under this subchapter.
>
> (b) Deadline.—
>
> The debtor shall file a plan not later than 90 days after the order for relief under this chapter, except that the court may extend the period if the need for the extension is attributable to circumstances for which the debtor should not justly be held accountable.

11 U.S.C. § 1189.

The debtor has the burden of proof to establish a basis for an extension of the time to file a plan under Section 1189(b) and the standard for an extension is higher than the "for cause" standard for an extension of plans exclusivity under Section 1121(d), which governs plans extensions in non-Subchapter V Chapter 11 cases. *In re HYBL SNF, LLC*, 635 B.R. 725, 729–30 (Bankr. S.D.N.Y. 2022). The standard "reflects the goals of Subchapter V to move a case forward expeditiously, to

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

keep expenses down for the debtor, and to provide the debtor with an accelerated path to reorganize." *Id.* (internal cites omitted). Under the foregoing standards, there are bases to extend the current plan deadline of September 4, 2025 for 60 days to and including November 3, 2025.

Here, as discussed above, the primary reason for the requested extension of the current plan deadline is to allow the Debtor to complete its search for a smaller location, finalize lease negotiations with the new lessor, and determine the expenses for the move and installation of its equipment at the new facility.

The Debtor has been diligently searching for a new location. It has surveyed a number of possible sites, from its current operations in Oxnard, to Valencia, conducted on-site inspections of multiple potential sites and is currently negotiating terms for a new lease. On account of Debtor's diligence in moving its reorganization forward and the current state of the Case, the Debtor should not be held accountable for not having a plan on file within 90 days of the Petition Date. No creditors will be prejudiced by an extension of the time for the Debtor to file its plan. If Debtor is liquidated, all value would go to Debtor's senior secured lender, First Bank of the Lake ("FBOL"). Debtor is currently operating under a cash collateral budget agreed to with FBOL and FBOL is considering its available options for maximizing the return on its claim.

Based on the foregoing, the Debtor submits that it has satisfied the specific requirements for an extension of the plan deadline under Section 1189(b). The requested extension of the plan deadline is consistent with the goals of Subchapter V - to move the Debtor's Case forward expeditiously, to keep expenses down for the Debtor, and to provide the Debtor with an accelerated path to reorganize. In consideration of the foregoing, the Court should extend the plan deadline pursuant to 11 U.S.C. § 1189(b) for 60 days from September 4, 2025 to and including November 3, 2025.

### III. CONCLUSION

In consideration of the foregoing, the Court should extend the plan deadline pursuant to 11 U.S.C. § 1189(b) for 60 days from September 4, 2025 to and including November 3, 2025.

WHEREFORE, the Debtor respectfully requests that the Court enter an order:

1. Granting the Motion;

2.   Extending the plan deadline for 60 days from September 4, 2025 to and including November 3, 2025; and

3.   Granting such other and further relief as the Court deems just and properl.

Dated:  September 4, 2025                **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By: */s/ Derrick Talerico*
    Derrick Talerico
    General Bankruptcy Counsel for
    Chapter 11 Debtor and Debtor in Possession
    APPLIED POWDERCOAT, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Notice of Motion and Motion to Extend the Time to File a Plan of Reorganization Pursuant to 11 U.S.C. Section 1189(b); Memorandum of Points and Authorities in Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 4, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Attorneys for Debtor Applied Powdercoat, LLC: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Subchapter V Trustee: **John-Patrick McGinnis Fritz (TR)**: jpftrustee@lnbyg.com; jpftrustesolutions.net
- Courtesy Notice/Interested Party: **Joseph Boufadel**: jboufadel@salvatoboufadel.com; gsalvato@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
- Courtesy Notice/Interested Party: **John D Faucher**: j.d.faucher@faucherlaw.com; faucherecf@gmail.com; johnd.b113858@notify.bestcase.com; p.askren@faucherlaw.com
- Attorneys for Creditor Employnet, Inc.: **Nicolino Iezza**: niezza@spiwakandiezza.com
- Attorneys for Interested Party First Bank of the Lake: **Bernard J Kornberg**: bernie.kornberg@millernash.com; edgar.rosales@millernash.com
- United States Trustee (ND): ustpregion16.nd.ecf@usdoj.gov; **Brian D Fittipaldi**: brian.fittipaldi@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) September 4, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to the Courtroom Policies and Procedures of the Honorable Ronald A. Clifford III, Judge's copies are not required.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 4, 2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Debtor                                      Special Notice
0973-9                                    Applied Powdercoat, LLC                    First Bank of the Lake
Case 9:25-bk-10762-RC                     Attn Osei Appiagyei                        c/o Bernie Kornberg
Central District of California            3101 Camino del Sol                        Miller Nash LLP
Santa Barbara                             Oxnard, CA 93030-8999                      340 Golden Shore, Ste 450
Thu Sep  4 23:25:36 PDT 2025                                                         Long Beach, CA 90802-4229

Northern Division                         ANP                                        20 Largest
1415 State Street,                        ARA Inc                                    Akzo Nobel Powder Coatings Inc
Santa Barbara, CA 93101-2511              c / o Wells Fargo Bank NA                  62166 Collection Center Dr
                                          PO Box 855917                              Chicago, IL 60693-0621
                                          Minneapolis, MN 55485-5917


                                          20 Largest                                 Secured
Amerigas                                  Anthem Blue Cross                          Applied Powdercoat Inc
PO Box 7155                               PO Box 51011                               Attn Vic Anselmo
Pasadena, CA 91109-7155                   Los Angeles, CA 90051-5311                 324 Cliffhollow Ct
                                                                                     Simi Valley, CA 93065-7077



                                          20 Largest                                 California Dept of Tax & Fee Admin
Axalta Coating Systems LLC                Axalta Coating Systems, LLC                Account Information Grp MIC:29
PO Box 3490                               1050 Constitution Ave                      PO Box 942879
Carol Stream, IL 60132-3490               Philadelphia, PA 19112-1331                Sacramento, CA 94279-0029



                                          20 Largest
California Internet LP dba Geolinks       Cardinal Paint and Powder                  Cintas
251 Ranch Rd                              PO Box 9296                                PO Box 631025
Camarillo, CA 93012                       South El Monte, CA 91733-0965              Cincinnati, OH 45263-1025



                                          20 Largest
City of Oxnard                            Coastal View Packaging Inc                 Connors Landscape
305 W Third St                            34700 Pacific Coast Hwy Ste 209            79 E Daily Dr #170
Oxnard, CA 93030-5730                     Capistrano Beach, CA 92624-1350            Camarillo, CA 93010-5807


20 Largest                                Secured/20 Largest
Donahue Idealease                         Donahue Truck Center                       Dura Chem Inc
6551 Ventura Blvd                         6551 Ventura Blvd                          18327 Pasadena St
Ventura, CA 93003-7229                    Ventura, CA 93003-7229                     Lake Elsinore, CA 92530-2766


20 Largest
Employers Preferred Insurance Company     Employment Development Department          Employment Development Dept
PO Box 539003                             Bankruptcy Group MIC 92E, PO BOX 826880    Bankruptcy Group MIC 92E
Henderson, NV 89053-9003                  Sacramento, CA 95814                       PO Box 826880
                                                                                     Sacramento, CA 94280-0001


20 Largest                                ANP                                        20 Largest
Employnet                                 Epstein Beckler & Green PC                 Ernest Packaging Solutions
c / o Wells Fargo Bank                    Attn Kevin D Sullivan                      5777 Smithway St
PO Box 846149                             1925 Century Park East Ste 500             Los Angeles, CA 90040-1507
Los Angeles, CA 90084-6149                Los Angeles, CA 90067-2706


                                          Secured
Evolution Lift                            Expert Staffing West                       Fame Systems Inc
16190 Mountain Lilac Trail                Attn Edward Bright CEO                     301 Hearst Dr
Frazier Park, CA 93225-9355               2291 N Patterson Rd Ste 3                  Oxnard, CA 93030-5158
                                          Oxnard, CA 93036-1549
```

*Secured*
(p)FIRST BANK OF THE LAKE
4558 OSAGE BEACH PARKWAY SUITE 100
OSAGE BEACH MO 65065-2372

~~First Bank of the Lake~~
~~Miller Nash LLP, ATTN Bernie Kornberg~~
~~1140 SW Washington St., Suite 700~~
~~Portland, OR 97205-2384~~

~~(p)FIRST INSURANCE FUNDING~~
~~450 SKOKIE BLVD SUITE 1000~~
~~NORTHBROOK IL 60062-7917~~

~~Franchise Tax Board~~
~~Bankruptcy Section MS A-340~~
~~PO Box 2952~~
~~Sacramento, CA 95812-2952~~

~~Grainger Inc~~
~~Dept 817792096~~
~~Palatine, IL 60038-0001~~

*20 Largest*
Hagan Capital LLC
3101 Camino Del Sol
Oxnard, CA 93030-8999

*20 Largest*
Hagan Capital LLC
Attn Corporation Service Co- Agent
2710 Gateway Oaks Dr
Sacramento, CA 95833-3505

*20 Largest*
Hanson Lab Solutions LLC
747 Calle Plano
Camarillo, CA 93012-8556

*20 Largest*
IFS Coatings Inc
PO Box 8225
Pasadena, CA 91109-8225

*20 Largest*
Integrity Reps Inc
631 S Palm St #J
La Habra, CA 90631-5764

~~Infinity Insurance Companies~~
~~Kemper Auto Insurance~~
~~PO Box 71076~~
~~Charlotte, NC 28272-1076~~

~~Internal Revenue Service~~
~~PO Box 7346~~
~~Philadelphia, PA 19101-7346~~

~~Klingspor Abrasives Inc~~
~~PO Box 2367~~
~~Hickory, NC 28603-2367~~

*ANP*
Law Offices of Allan D Sarver
Attn Allan D Sarver
16000 Ventura Blvd Ste 1000
Encino, CA 91436-2762

~~Mac Valley Oil Co~~
~~100 N Del Norte Blvd~~
~~Oxnard, CA 93030-7913~~

*ANP*
Miller Nash LLP
Attn Bernard J Kornberg
340 Golden Shore Ste 450
Long Beach, CA 90802-4229

*ANP*
Nevers Palazzo Packard et al
Attn Leo D Mackay
31248 Oak Crest Dr Ste 200
Westlake Village, CA 91361-4693

~~Orkin~~
~~PO Box 740300~~
~~Cincinnati, OH 45274-0300~~

*20 Largest*
Paychex of New York LLC
1535 Scenic Ave Ste 100
Costa Mesa, CA 92626-1103

~~Protech Chemicals Ltd~~
~~PO Box 33212~~
~~Detroit, MI 48232-5212~~

~~Prudential Overall Supply~~
~~PO Box 11210~~
~~Santa Ana, CA 92711-1210~~

~~Pulse One Communications LLC~~
~~PO Box 21351~~
~~Santa Barbara, CA 93121-1351~~

*20 Largest*
Quattro Business Support Services
1850 Parkway Pl
Marietta, GA 30067-4439

~~SL Fusco Inc~~
~~File 2350~~
~~1801 W Olympic Blvd~~
~~Pasadena, CA 91199-2350~~

*20 Largest*
(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

~~Sherwin Williams~~
~~13620 Rosecrans Ave~~
~~Santa Fe Springs, CA 90670-5025~~

*20 Largest*
So Cal Gas Company
PO Box C
Monterey Park, CA 91754-0932

*20 Largest*
SoCalGas
P.O. Box 30337
Los Angeles, CA 90030-0337

~~SpEx Asia Pte Ltd~~
~~#15-01 Bugis Junction Towers~~
~~230 Victoria St~~
~~Singapore 188024~~

*ANP*
Stites & Harbison PLLC
Attn Amy Baker
303 Peachtree St NE Ste 2800
Atlanta, GA 30308-3271

~~(p)T MOBILE~~
~~C O AMERICAN INFOSOURCE LP~~
~~4515 N SANTA FE AVE~~
~~OKLAHOMA CITY OK 73118-7901~~

*20 Largest*
~~The Hartford~~
~~PO Box 660916~~
~~Dallas, TX 75266-0916~~

*20 Largest*
Tiger Drylac
PO Box 62321
Baltimore, MD 21264-2321

*20 Largest*
(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

~~UPS Supply Chain Solutions Inc~~
~~28013 Network Pl~~
~~Chicago, IL 60673-1280~~

~~United States Trustee (ND)~~
~~915 Wilshire Blvd, Suite 1850~~
~~Los Angeles, CA 90017-3560~~

~~Wells Fargo Vendor Financial~~
~~PO Box 030310~~
~~Los Angeles, CA 90030-0310~~

*20 Largest*
Wells Fargo Vendor Financial Services, LLC
Attention to: Ryan Joshua Manalansan Men
801 Walnut Street MAC F0006-052
Des Moines, IA 50309-3606

~~West Coast Air Conditioning~~
~~561-A Kinetic Dr~~
~~Oxnard, CA 93030-7947~~

*Filing Attorney*
~~Derrick Talerico~~
~~Weintraub Zolkin Talerico & Selth LLP~~
~~11766 Wilshire Blvd~~
~~Suite 730~~
~~Los Angeles, CA 90025-6577~~

*NEF Service*
~~John-Patrick McGinnis Fritz (TR)~~
~~2818 La Cienega Avenue~~
~~Los Angeles, CA 90034-2618~~