MILLER NASH LLP
Bernie Kornberg
bernie.kornberg@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone:    562.435.8002
Facsimile:    562.435.7967

Attorneys for Creditor
First Bank of the Lake

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| Applied Powdercoat, LLC,<br><br>Debtor | Case No. 9:25-bk-10762-RC<br><br>Chapter 11<br><br>**NOTICE OF ORDER SHORTENING TIME ON HEARING ON MOTION OF FIRST BANK OF THE LAKE TO CONVERT OR DISMISS CASE, OR IN THE ALTERNATIVE, REMOVE DEBTOR FROM POSSESSION**<br><br>Date:    November 19, 2025<br>Time:    1:00 PST<br>Judge:    Hon. Ronald A. Clifford III |

Please take notice that on November 4, 2025 at 1:00 p.m., the Court orally ruled that the hearing on First Bank of the Lake's ("FBOL") To Convert Or Dismiss Case, Or In The Alternative, Remove Debtor From Possession [Dkt. #63], previously set for hearing on December 2, 2025, will instead be heard on November 19, 2025 at 1:00 p.m. in Courtroom 201 of the United States Bankruptcy Court located at 1415 State Street, Santa Barbara, California 93101-2511. Opposition to the motion, if any, must be filed by November 12, 2025. Any reply shall be filed by November 17, 2025.

4926-3082-5335.1

Dated: November 5, 2025

MILLER NASH LLP


By: */s/ Bernie Kornberg*
Bernie Kornberg

Attorneys for Creditor
First Bank of the Lake

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

4926-3082-5335.1

- 2 -

NOTICE OF ORDER SHORTENING TIME
9:25-BK-10762-RC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
340 Golden Shore, Ste 450, Long Beach, CA 90802

A true and correct copy of the foregoing document entitled (*specify*): <u>NOTICE OF ORDER SHORTENING TIME ON HEARING ON MOTION OF FIRST BANK OF THE LAKE TO CONVERT OR DIMISS CASE, OR IN THE ALTERNATIVE, REMOVE DEBTOR FROM POSSESSION</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>11/5/2025</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Joseph Boufadel    jboufadel@salvatoboufadel.com,
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
John D Faucher    j.d.faucher@faucherlaw.com,
faucherecf@gmail.com;faucher.johnd.b113858@notify.bestcase.com;p.askren@faucherlaw.com
Brian David Fittipaldi    brian.fittipaldi@usdoj.gov
John-Patrick McGinnis Fritz (TR)    jpftrustee@lnbyg.com, jpf@trustesolutions.net
Nicolino Iezza    niezza@spiwakandiezza.com
Bernard J Kornberg    bernie.kornberg@millernash.com, edgar.rosales@millernash.com
Paige T Rolfe    prolfe@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
Derrick Talerico    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/5/2025 | Bernie Kornberg | /s/Bernie Kornberg |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.