Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to APPLIED POWDERCOAT, LLC

**FILED & ENTERED**

**NOV 10 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Spann    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 9:25-bk-10762-RC |
| APPLIED POWDERCOAT, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | Subchapter V |

**ORDER GRANTING INTERIM USE OF CASH COLLATERAL AND SETTING FINAL HEARING**

Hearing:
Date:       November 7, 2025
Time:       9:00 am
Courtroom:  201
            1415 State Street
            Santa Barbara, CA 93101

Judge: Hon. Ronald Clifford III

A hearing was held on November 7, 2025 (the "**Initial Hearing**") on Debtor's Emergency Motion for Use of Cash Collateral (the "**Motion**"). The Court, having considered the Motion and other documents filed in support of the Motion, the arguments and representations of counsel at the

-1-
ORDER GRANTING EMERGENCY CASH COLLATERAL MOTION ON INTERIM BASIS

hearing on the Motion, finding notice of the Initial Hearing proper, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted on an interim basis;

2. Debtor is authorized to use cash collateral as set forth in the Motion and the Budget attached thereto from November 5, 2025 through November 19, 2025;

3. First Bank of the Lake ("**FBOL**") is granted post-petition liens as set forth in the Motion, to the extent Debtor uses FBOL's cash collateral, from November 5, 2025 through November 19, 2025;

4. Debtor has agreed to voluntarily turn over $5,000 per month of FBOL's cash collateral by November 15, 2025 and continuing each month by the 15th of each month, for so long as Debtor remains in a subchapter V designated case under chapter 11, as adequate protection pursuant to 11 U.S.C. § 361.

5. A ~~final~~ continued hearing on the Motion is set for November 19, 2025 at 1:00 p.m. (the "~~Final~~**Continued** Hearing").

6. Opposition and reply to the relief sought by the Motion on a ~~final~~ continued basis will be heard orally at the ~~Final~~ Continued Hearing.

7. The Debtor is to provide notice of the Continued Hearing by November 7, 2025.

###

Date: November 10, 2025

Ronald A. Clifford III
United States Bankruptcy Judge

-2-
ORDER GRANTING EMERGENCY CASH COLLATERAL MOTION ON INTERIM BASIS